Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ Northern District of Ohio _____

Case number (if known): _____  Chapter _____ 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | PCS & Build LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | &build<br><br>PCS Builders LLC<br><br>Tiempo Construction LLC |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 8 7 2 4 1 1 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | Po Box 470064 |
| 6100 Oak Tree Blvd<br>Number        Street | Number        Street |
| Independence, OH 44131-6914<br>City              State    ZIP Code | Broadview Hts, OH 44147-0064<br>City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cuyahoga<br>County | |
| | Number        Street |
| | City              State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.and-build.com |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  PCS & Estimate LLC    Relationship  Affiliate

District  Northern District of Ohio    When  1/26/2024
MM / DD / YYYY

Case number, if known  24-10264

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.

| Insurance agency | _____ |
|---|---|
| Contact name | _____ |
| Phone | _____ |

# Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☑ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/25/2024___
MM/ DD/ YYYY

X ___/s/ Pietro J. Perticarini, Jr.___          Pietro J. Perticarini, Jr.
Signature of authorized representative of debtor          Printed name

Title ___President & CEO___

**18. Signature of attorney**

X ___/s/ Anthony J. DeGirolamo___     Date ___03/25/2024___
Signature of attorney for debtor          MM/ DD/ YYYY

___Anthony J. DeGirolamo___
Printed name

___Anthony J. DeGirolamo, Attorney at Law___
Firm name

___3930 Fulton Dr., N.W.,Ste.100B___
Number          Street

___Canton___          ___OH___     ___44718___
City          State     ZIP Code

___(330) 305-9700___          ___tony@ajdlaw7-11.com___
Contact phone          Email address

___0059265___          ___OH___
Bar number          State

## Additional Page

| | |
|---|---|
| 10. Continued | |

Debtor  Project and Construction Services Inc.          Relationship  Affiliate

District  Northern District of Ohio                     When  _____
                                                              MM / DD / YYYY

Case number, if known  _____

Fill in this information to identify the case:

Debtor name _____ PCS & Build LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Ohio _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/25/2024
             MM/ DD/ YYYY

X /s/ Pietro J. Perticarini, Jr.
_____
Signature of individual signing on behalf of debtor

Pietro J. Perticarini, Jr.
_____
Printed name

President & CEO
_____
Position or relationship to debtor

Debtor Name   **PCS & Build LLC**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Ohio**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   | --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
   | --- | --- | --- | --- | --- |
   | 3.1. | Bremer Bank (Escrow Funds) | Checking account | 3 3 7 6 | $427,299.96 |
   | 3.2. | Bremer Bank (Escrow Funds) | Checking account | 3 2 7 7 | $530,183.88 |
   | 3.3. | Huntington National Bank | Checking account | ___ ___ ___ ___ | $0.01 |
   | 3.4. | Huntington National Bank | Checking account | ___ ___ ___ ___ | $117,861.92 |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   | --- | --- | --- |
   | 4.1 | Bank of America - Intact Services USA, LLC | **unknown** |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$1,075,345.77** |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   | --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | **Goodman Properties** | | $800.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                        **$800.00**

---

| Part 3: | Accounts receivable |

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **$779,267.18** | - | **unknown** | =....➜ | **unknown** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$5,661,634.20** | - | **unknown** | =....➜ | **unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1_____ | _____ | | _____ |
| 15.2_____ | _____ | | _____ |

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____         _____    _____

    16.2 _____         _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment: and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 10 of 203

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| PCs & Tablets- See Exhibit Attached | unknown | | unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. |_____|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Lease / 1301 E 9th St Ste 2100 Cleveland, OH 44114-1850** | **Lease** | **unknown** | | **unknown** |
| 55.2 **Commercial Lease / 6100 Oak Tree Blvd Ste 200 Independence, OH 44131-6914** | **Lease** | **unknown** | | **unknown** |
| 55.3 **Lease / 339 Johnet Dr Apt 10 St Clairsvle, OH 43950-1026** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

**Part 10:**    Intangibles and intellectual property

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61. Internet domain names and websites** | | | |
| www.and-build.com | unknown | | unknown |
| **62. Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64. Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65. Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.
    
    | _____ |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☒ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

**Part 11:**    All other assets

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   _____
                            Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

_____                          _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims in PCS & Build LLC v. Champion Mill Land LLC, et al. Case No. CV 2023 02 0274**          **$13,500,000.00**

Nature of claim          _____

Amount requested          _____ **unknown**

**Potential Claims against Nationwide Mutual Insurance Co.**                                    unknown

Nature of claim          _____

Amount requested          _____ **unknown**

**Claims against Steve Coon.**                                                                  unknown

Nature of claim          **Business torts**

Amount requested          _____ **unknown**

**Unasserted claims against Frantz Masonry**                                                    unknown

Nature of claim          **Contract claim.**

Amount requested          _____ **unknown**

**Unasserted claims against Cavanaugh Electric**                                                unknown

Nature of claim          **Contract claim.**

Amount requested          _____ **unknown**

| | |
|---|---|
| **Claims in PCS & Build, LLC v. Star Building Systems, a Division of Robertson-Ceco II Corporation, United States District Court, Southern District of Texas, Case No. 4:22-cv-04091** | $1,500,000.00 |

**Nature of claim**

**Amount requested**        unknown

| | |
|---|---|
| **Claims in Miter Masonry Contractors, Inc. v. PCS & Build, LLC, Hamilton County Court of Common Pleas, Case No. A 2304556** | unknown |

**Nature of claim**

**Amount requested**        unknown

| | |
|---|---|
| **Claims in Russell Brands, LLC v. PCS & Build, LLC, United States District Court, Southern District of Ohio, Case No. 1:24-cv-00061-JPH** | unknown |

**Nature of claim**

**Amount requested**        unknown

| | |
|---|---|
| **Claims in Kelley & Carpenter Roofing & Sheet Metal, Inc., Butler County Court of Common Pleas, Case No. CV 2024 02 0401** | unknown |

**Nature of claim**

**Amount requested**        unknown

| | |
|---|---|
| **Claims in Perry Interiors, Inc. v. Historic Mill Land 2, LLC et al., Butler County CP Case No. CV 2023 05 1087** | $3,500,000.00 |

**Nature of claim**

**Amount requested**        unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Insurance claims listed on Exhibit to Schedule A/B, Line No. 75**        unknown

    **Nature of claim**

    **Amount requested**        unknown

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Potential Credit on Account with Famous Enterprises**        $1,118.21

    **Potential Credit on Account with Rumpke**        $7.47

    **Insurance proceeds held for the benefit of insureds (debtor) by owner of Champion Mill project.**        unknown

78. **Total of Part 11**        **$18,501,125.68**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 15 of 203

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,075,345.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,501,125.68 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $19,577,271.45 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $19,577,271.45 |

Fill in this information to identify the case:

Debtor name     PCS & Build LLC

United States Bankruptcy Court for the:     Northern     District of     Ohio
                                                                    (State)

Case number (if known):

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Farmers National Bank of Canfield | | $720,000.00 | unknown |

**Creditor's mailing address**

20 S Broad St

Canfield, OH 44406-1401

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     11/30/2022

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     __ __ — __ __ — __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Blanket Lien on All Assets
UCC dated 2022/11/30; UCC No. OH00268886199

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $720,000.00

| Debtor | PCS & Build LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** | **Creditor's name**

Nationwide Mutual Insurance Co.

**Creditor's mailing address**

250 Greenwich St Fl 37

New York, NY 10007-2325

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

           unknown | unknown

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** UCC dated 2024/01/24; for General Agreement of Indemnity dated 2020/02/12; Ohio UCC No. OH00278860561

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Henderson Covington Messenger Newman & Thomas Co LPA<br>Attn: Jerry M. Bryan, Esq.<br>6 Federal Plaza Central Ste 1300<br>Youngstown, OH 44503-1508 | Line 2. _1_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name _____ PCS & Build LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Ohio _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____  _____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____  _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**13415 Pennsylvania LLC**

**21300 Lorain Rd**

**Cleveland, OH 44126-2150**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 21-100, Walgreens Small Format Pharmacy, Hagerstown MD

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**1522 Mentor LLC**

**c/o Great Lakes Resources**

**21300 Lorain Rd**

**Cleveland, OH 44126-2150**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 22-077, Charleys Philly Steaks, Tenant Fit-Out, Painesville OH

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**15500 Broadway LLC**

**c/o Great Lakes Resources**

**21300 Lorain Rd**

**Cleveland, OH 44126-2150**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 19-128, Walgreens Small Format Pharmacy, Maple Heights

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**312 N 2nd St LLC**

**7349 Ravenna Ave**

**Louisville, OH 44641-9788**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 16-146, Dollar Federal, Multi Tenant Build-out

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 21 of 203

| **Part 2:** | Additional Page |
| --- | --- |

**3.5** Nonpriority creditor's name and mailing address

510 E Stuart LLC

c/o Great Lakes Resources

21300 Lorain Rd

Cleveland, OH 44126-2150

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Walgreens Galax VA Project; Project No. 22-055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

510 E Stuart LLC

c/o Great Lakes Resources

21300 Lorain Rd

Cleveland, OH 44126-2150

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 22-055,
Walgreens Small Format Pharmacy, Galax VA

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

58 Wise LLC

21300 Lorain Rd

Cleveland, OH 44126-2150

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 22-009,
Walgreens #17431, St Paul VA

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

84 Lumber

1019 Route 519

Eighty Four, PA 15330-2813

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Harrison County Home Project; Project No. 21-079 & Vitalia
Senior Living Facility, Highland Heights Project; Project No.
21-067 & Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,135.14

| Part 2: | Additional Page |
|---|---|

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$408,202.60**

**A Folino Construction Inc**

**109 Dark Hollow Rd**

**Oakmont, PA 15139**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | | **unknown**

**ABC Supply Co Inc**

**1035 Industrial Pkwy**

**Medina, OH 44256-2448**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | | **$9,075.00**

**Accurate K Floor Systems Inc**

**364 W Bowery St**

**Akron, OH 44307-2538**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | | **$7,454.29**

**Accurate Masonry LLC**

**9783 Acton Ct**

**Cincinnati, OH 45241-3301**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 23 of 203

## Part 2: Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

ACO Polymer Products

12080 Ravenna Rd.

Chardon, OH 44024

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 14-106 (parking lot).

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.14** Nonpriority creditor's name and mailing address

Action Contractors LLC

100 Northfield Rd

Bedford, OH 44146-4640

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,149.60**

---

**3.15** Nonpriority creditor's name and mailing address

Action Door Company

201 E Granger Rd

Independence, OH 44131-6728

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$36,125.00**

---

**3.16** Nonpriority creditor's name and mailing address

Adkins & Stang Inc.

1031 Meta Dr

Cincinnati, OH 45237-5007

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$422,060.80**

---

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 24 of 203

| Part 2: | Additional Page |

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,435.00**
*Check all that apply.*

Advanced Industrial Roofing Inc

1330 Erie St S

Massillon, OH 44646-7906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$130.52**
*Check all that apply.*

AFLAC

1932 Wynnton Rd

Columbus, GA 31999-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$180,464.18**
*Check all that apply.*

AIC Contracting Inc.

12100 Mosteller Rd Ste 100

Cincinnati, OH 45241-6405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Remarks: Municipal Brew Works Project; Project No. 22-010

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$680.40**
*Check all that apply.*

Airs Company LLC

18795 Munn Rd

Chagrin Falls, OH 44023-6262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Remarks:
Solon Community Living Project; Project No. 23-084 & Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

| Part 2: | Additional Page |
| --- | --- |

**3.21** | Nonpriority creditor's name and mailing address

**Albright Plumbing Inc.**

**Po Box 168**

**Wooster, OH 44691-0168**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Solon Community Living Project; Project No. 23-084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$101,436.65

---

**3.22** | Nonpriority creditor's name and mailing address

**All Construction Services LLC**

**945 Industrial Pkwy N**

**Brunswick, OH 44212-4321**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085 & Vitalia Senior Living Facility, Highland Heights; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$143,307.25

---

**3.23** | Nonpriority creditor's name and mailing address

**Alta Protection Services LLC**

**1130 E Main St # 140**

**Ashland, OH 44805-2832**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$52,265.75

---

**3.24** | Nonpriority creditor's name and mailing address

**American Electric Power**

**Po Box 371496**

**Pittsburgh, PA 15250-7496**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,527.79

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 26 of 203

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

**American Glass & Mirror Company**

**2070 Park Ave**

**Washington, PA 15301-8129**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:    **$129,949.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**American Plate Glass Inc**

**75 Heiskell Ave**

**Wheeling, WV 26003-6091**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070 & Wheeling WV Fire Dept New Headquarters
Project; Project No. 22-065

As of the petition filing date, the claim is:    **$128,848.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Americut Coring & Sawing Inc**

**365 Helen Dr**

**Vermilion, OH 44089-2503**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078 &
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Amitel Colonial, LLC**

**c/o/ Moreland Management Co.**

**6095 Parkland Blvd Ste 300**

**Cleveland, OH 44124**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Potential warranty claim for project no. 13-004 (Residence Inn).
Potential warranty claim for project no. 13-005 (Residence Inn).
Potential warranty claim for project no. 13-006 (Residence Inn).
Potential warranty claim for project no. 13-121 (Residence Inn
Airport roof)
Potential warranty claim for project no. 13-122 (Residence

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.29**

**Nonpriority creditor's name and mailing address**

Angel Guzman Sigrist

608 Grant St

Chenoa, IL 61726-1419

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,625.00

---

**3.30**

**Nonpriority creditor's name and mailing address**

Apple Mobile Leasing

2871 W 130th St

Hinckley, OH 44233-9547

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023 & Hose Master Facility Expansion GMP1 & GMP2; Project No. 22-076

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,071.60

---

**3.31**

**Nonpriority creditor's name and mailing address**

Architect Sales Inc

11156 Deerfield Rd

Blue Ash, OH 45242-2022

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32**

**Nonpriority creditor's name and mailing address**

Aris Company

Po Box 23097

Chagrin Falls, OH 44023-0097

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$680.40

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address

Atlantic Specialty Insurance Co

The Guarantee Company of North America

1 Towne Sq Ste 1470

Southfield, MI 48076-3725

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

Atlas Portable Space Solutions

4480 US Route 20

Oberlin, OH 44074

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,341.38

---

**3.35** Nonpriority creditor's name and mailing address

Atlas Rent-A-Fence

Po Box 16188

Pittsburgh, PA 15242-0188

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,170.82

---

**3.36** Nonpriority creditor's name and mailing address

Atlas Wholesale Supply Inc

Po Box 16188

Pittsburgh, PA 15242-0188

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,512.70

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065 & Moundsville Municipal Building Project; Project No.
22-078 & Vitalia Senior Living Facility, Highland Heights Project;
Project No. 21-067

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 29 of 203

| Part 2: | Additional Page |
|---|---|

---

**3.37** | Nonpriority creditor's name and mailing address

**Atwell LLC**

**7100 E Pleasant Valley Rd Ste 220**

**Independence, OH 44131-5559**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:     **$11,873.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Aurora City School District**

**102 E Garfield Rd**

**Aurora, OH 44202-8854**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 12-038 (Miller Elementary)

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**Aurora City Schools**

**102 E Garfield Rd**

**Aurora, OH 44202-8854**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 11-040 (Ohio Valley Medical)

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Aurora City Schools**

**102 E Garfield Rd**

**Aurora, OH 44202-8854**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 11-040 (Leighton Elementary)

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |

**3.41** Nonpriority creditor's name and mailing address

Axis Plumbing Inc.

5533 State Rd

Cleveland, OH 44134-2256

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$436,400.00

---

**3.42** Nonpriority creditor's name and mailing address

Aztec Services Group

3814 William P Dooley Byp

Cincinnati, OH 45223-2664

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,466.90

---

**3.43** Nonpriority creditor's name and mailing address

Baird Brothers Sawmill Inc

7060 Crory Rd

Canfield, OH 44406-9719

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$81,929.32

---

**3.44** Nonpriority creditor's name and mailing address

Baldwin Wallace University

400 N Rocky River Dr

Berea, OH 44017-1673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 15-020, BW University, Speech Clinic

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

## Part 2: Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00

**Bales Construction Inc**

**5264 Lear Nagle Rd**

**North Ridgeville, OH 44039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Barnesville Area Education Foundation**

**932 Shamrock Dr**

**Barnesville, OH 43713-9116**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks:
Potential Future Warranty Claim for Project No. 21-042,
Barnesville Area Education Foundation, New Memorial
Pavilion/Gazebo

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Barnesville Hospital**

**639 W Main St**

**Barnesville, OH 43713-1039**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks:
Potential warranty claim for project no. 13-156 (Emergency Room
reno)

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,828.25

**Bassett Sprinkler Protection Inc**

**4250 W 130th St**

**Cleveland, OH 44135-4870**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks:
Harrison County Home Project; Project No. 21-079 & Highland
Heights PD & FD Interior Renovation and HVAC Upgrade Project;
Project No. 23-023

---

| Part 2: | Additional Page |
|---|---|

---

**3.49** | Nonpriority creditor's name and mailing address

**Beacon Health**

**5930 Heisley Rd**

**Mentor, OH 44060-1834**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 14-033, Beacon Health, Renovation of Former "Staples" Building

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.50** | Nonpriority creditor's name and mailing address

**Belmont Mills**

**400 S Jefferson St**

**Belmont, OH 43718**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.51** | Nonpriority creditor's name and mailing address

**Biedenbach Surveying LLC**

**114 Adams Ave**

**Woodsfield, OH 43793-1065**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Moundsville Municipal Building Project; Project No. 22-078 & Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.52** | Nonpriority creditor's name and mailing address

**Birch Group LLC**

**1970 N Cleveland Massillon Rd Unit 224**

**Bath, OH 44210-5311**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 23-028, The Ridge Townhomes

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

---

**3.53**   Nonpriority creditor's name and mailing address

**Bishop Road Fee Owner LLC**

**305 Bishop Rd**

**Cleveland, OH 44143**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.54**   Nonpriority creditor's name and mailing address

**Bishop Road Fee Owner LLC**

**33095 Bainbridge Rd**

**Solon, OH 44139-2834**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 21-067, OMNI Vitalia Senior Living, Highland Heights

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.55**   Nonpriority creditor's name and mailing address

**Blackie & Son Excavating**

**Po Box 106**

**Hopedale, OH 43976-0106**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,472.30

---

**3.56**   Nonpriority creditor's name and mailing address

**Borchert Fence Company Inc**

**2751 E 55th St**

**Cleveland, OH 44104-2847**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Solon Community Living Project; Project No. 23-084 & Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$31,270.91

---

## Part 2: Additional Page

| 3.57 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $5,571.26 |
| **Brand Safway Industries, LLC** | | *Check all that apply.* | |
| **Global Corporate Headquarters** | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| **600 Galleria Pkwy Se Ste 1100** | | ☐ Disputed | |
| **Atlanta, GA 30339-8102** | | | |
| | | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| **Last 4 digits of account number** __ __ __ __ | | ☐ Yes | |

| 3.58 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $39,490.60 |
| **Brewer & Company of WV Inc** | | *Check all that apply.* | |
| **3601 7th Ave** | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| **Charleston, WV 25387-2235** | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | | ☑ No | |
| | | ☐ Yes | |
| **Remarks:** Moundsville Municipal Building Project; Project No. 22-078 | | | |

| 3.59 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | unknown |
| **Brian Clark** | | *Check all that apply.* | |
| **47022 W Hamilton St** | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| **Oberlin, OH 44074-9431** | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | | ☑ No | |
| | | ☐ Yes | |
| **Remarks:** Clark Residence Project; Project No. 19-084 | | | |

| 3.60 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | unknown |
| **Brian Clark** | | *Check all that apply.* | |
| **409 Haines St** | | ☑ Contingent | |
| | | ☑ Unliquidated | |
| **Elyria, OH 44035-8499** | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | | ☑ No | |
| | | ☐ Yes | |
| **Remarks:** Potential Future Warranty Claim for Project No. 19-084, The Clark Family Residence | | | |

| Part 2: | Additional Page |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

**Brian's Refrigeration Inc**

**38275 Lakeview Rd**

**Sardis, OH 43946-9716**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.62** Nonpriority creditor's name and mailing address

**Bricker Construction LLC**

**7990 Bricker Rd Nw**

**Massillon, OH 44646-9032**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,418.00

---

**3.63** Nonpriority creditor's name and mailing address

**Bridgeport Equipment & Tool**

**500 Hall St**

**Bridgeport, OH 43912-1324**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065 & Moundsville Municipal Building Project; Project No.
22-078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,681.26

---

**3.64** Nonpriority creditor's name and mailing address

**Broadview Development Company**

**612 Market Ave S**

**Canton, OH 44702-2114**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 15-043, Adaptive
Renovation and Reuse of Historic Hercules Engine Corp Facility

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

**3.65** Nonpriority creditor's name and mailing address

Bronco Excavating, Inc.

c/o Joseph P. Kulifay

280 Donald Dr

Fairfield, OH 45014-3007

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$110,603.93**

---

**3.66** Nonpriority creditor's name and mailing address

Buckeye Mechanical Contractors Inc.

2351 County Road 22a Unit 1

Bloomingdale, OH 43910-7928

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,228,587.95**

---

**3.67** Nonpriority creditor's name and mailing address

Buckeye Steel Inc

607 Watt Ave

Barnesville, OH 43713-1272

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Moundsville Municipal Building Project; Project No. 22-078 & Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,689.30**

---

**3.68** Nonpriority creditor's name and mailing address

Builders Hardware

2002 W 16th St

Erie, PA 16505

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$71,537.06**

## Part 2:  Additional Page

**3.69**  Nonpriority creditor's name and mailing address

Burkholder Carpentry LLC

12702 Mumford Rd

Garrettsville, OH 44231-9692

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,550.00

---

**3.70**  Nonpriority creditor's name and mailing address

Burkholder Woodworking LLC

12702 Mumford Rd

Garrettsville, OH 44231-9692

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,750.00

---

**3.71**  Nonpriority creditor's name and mailing address

Burkshire Construction

6033 State Rd

Cleveland, OH 44134-2869

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$59,204.95

---

**3.72**  Nonpriority creditor's name and mailing address

C.T. Taylor Company, Inc.

5802 Akron Cleveland Rd

Hudson, OH 44236-2010

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$113,933.35

## Part 2: Additional Page

### 3.73

**Nonpriority creditor's name and mailing address**

Caldwells Windoware Inc

166 Wabash St

Pittsburgh, PA 15220-5404

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$9,960.00**

---

### 3.74

**Nonpriority creditor's name and mailing address**

Campus Pollyeyes Express LLC

403 Rutledge Ct

Perrysburg, OH 43551-5204

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 22-041, Campus Pollyeyes Restaurant, Little Italy

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

---

### 3.75

**Nonpriority creditor's name and mailing address**

Carpets by Jamison LLC

4100 Jacob St

Wheeling, WV 26003-4346

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$50,971.86**

---

### 3.76

**Nonpriority creditor's name and mailing address**

Carter Lumber

Po Box 40

Kent, OH 44240-0001

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$871,245.15**

## Part 2:   Additional Page

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Carvers Electric Plumbing & Heating Inc

214 Broughton Ave

Marietta, OH 45750-9509

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: Monroe County Building Extension; Project No. 21-014

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,024.24 |

Cattrell Companies Inc

906 Franklin St

Toronto, OH 43964-1152

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: Union Local School District Project; Project No. 20-076

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230,103.94 |

Cavanaugh Electric Co

37261 Capel Rd

Grafton, OH 44044-9474

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,075.27 |

CentiMark Corporation

2100 Conner Rd Ste 260

Hebron, KY 41048-8155

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

| Part 2: | Additional Page |
| --- | --- |

---

**3.81** | Nonpriority creditor's name and mailing address

Chagrin Woods LLC

1 Victoria Pl Ste 300

Painesville, OH 44077-3406

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 14-036, The Lantern of South Russell, Memory Care Facility

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

Champion Mill Land LLC

2913 Spooky Nook Rd

Manheim, PA 17545-9149

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 21-024, Spooky Nook Sports & Entertainment Complex, Building 500 Collapse

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

Charles Clark

1120 E Kennedy Blvd Unit 1212

Tampa, FL 33602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                    **$123.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

Charter Cuyahoga LLC

1190 Interstate Pky.

Augusta, GA 30909

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential warranty claim for project no. 14-123 (Hull Story Gibson Retail).

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |

---

**3.85** | Nonpriority creditor's name and mailing address

Cincinnati Floor Company Inc

5162 Broerman Ave

Cincinnati, OH 45217-1140

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$207,952.15**

---

**3.86** | Nonpriority creditor's name and mailing address

City of Hamilton Utilities

345 High St

Hamilton, OH 45011-6071

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$40,473.39**

---

**3.87** | Nonpriority creditor's name and mailing address

City of Highland Heights

5827 Highland Rd

Cleveland, OH 44143-2017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.88** | Nonpriority creditor's name and mailing address

City of Highland Heights

5827 Highland Rd

Cleveland, OH 44143-2017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 23-023, City of
Highland Heights Police and Fire Dept Removations

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 42 of 203

| Part 2: | Additional Page |
|---|---|

**3.89** Nonpriority creditor's name and mailing address

**City of Moundsville**

**800 6th St**

**Moundsville, WV 26041-3504**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.90** Nonpriority creditor's name and mailing address

**City of Wheeling**

**1500 Chapline St**

**Wheeling, WV 26003-3553**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$35,229.35

---

**3.91** Nonpriority creditor's name and mailing address

**City of Wheeling**

**1500 Chapline St**

**Wheeling, WV 26003-3553**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 22-065, City of Wheeling Fire Dept- New HQ

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.92** Nonpriority creditor's name and mailing address

**Cleveland Clinic Foundation**

**Clinic Construction Management**

**9500 Euclid Ave**

**Cleveland, OH 44195-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 14-024, Cleveland Clinic H63 Building

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

---

**3.93** Nonpriority creditor's name and mailing address

Cleveland Custom Paint Inc.

15705 White Linen Dr

Bradenton, FL 34211-1423

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is: **$447,049.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Cleveland Institute of Art

11616 Euclid Ave

Cleveland, OH 44106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 12-076 (Campus consolidation).

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Cleveland Vicon Company Inc

4550 Willow Pkwy

Cleveland, OH 44125-1046

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is: **$37,591.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

CLP Services

Po Box 378

Bolivar, OH 44612-0378

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$7,311.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   Additional Page

| | |
|---|---|
| **3.97** | **Nonpriority creditor's name and mailing address** |

**3.97**

**Nonpriority creditor's name and mailing address**

**Colonial Life**

**Po Box 1365**

**Columbia, SC 29202-1365**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**         $3,434.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Columbia Building Products Co Inc**

**25961 Elm St**

**Olmsted Falls, OH 44138-1615**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**         unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Comcast**

**Po Box 70219**

**Philadelphia, PA 19176-0219**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**         $569.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Commerce Plumbing Companuy**

**5182 Richmond Rd**

**Bedford, OH 44146-1349**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**         $16,391.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

24-11126-skk     Doc 1     FILED 03/25/24     ENTERED 03/25/24 14:39:28     Page 45 of 203

## Part 2: Additional Page

### 3.101

**Nonpriority creditor's name and mailing address**

Commercial Lock & Door

7653 Saint Clair Ave

Mentor, OH 44060-5235

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,152.00

---

### 3.102

**Nonpriority creditor's name and mailing address**

Commerical Dock & Door

7653 Saint Clair Ave

Mentor, OH 44060-5235

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Solon Community Living Project; Project No. 23-084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.103

**Nonpriority creditor's name and mailing address**

Compass Insulation & Specialty Coatings

4832 Payne Ave

Cleveland, OH 44103-2443

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.104

**Nonpriority creditor's name and mailing address**

Conrad & Sons LLC

38950 Deersville Ridge Rd

Cadiz, OH 43907-9544

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,868.70

## Part 2: Additional Page

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,489.35
--- | --- | ---

**Construction Equipment & Supply**

**Po Box 436**

**Sandusky, OH 44871-0436**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

**3.106** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **unknown**

**Construction Management Assn of America**

**7926 Jones Branch Dr Ste 800**

**Mc Lean, VA 22102-3327**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **unknown**

**Construction Specialties**

**49 Meeker Ave**

**Cranford, NJ 07016-3163**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

---

**3.108** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$6,750.00**

**Construction Support Solutions LLC**

**525 Avon Belden Rd Ste 1**

**Avon Lake, OH 44012-4101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 47 of 203

## Part 2: Additional Page

**3.109** Nonpriority creditor's name and mailing address

Coon Restoration & Sealants Inc

7349 Ravenna Ave

Louisville, OH 44641-9788

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,049.68

---

**3.110** Nonpriority creditor's name and mailing address

Cooper Disposal

6415 Granger Rd # 200

Independence, OH 44131-1413

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative
Living for Life Project; Project No. 23-085 & Hose Master Facility
Expansion GMP1 & GMP2 Project; Project No. 22-076

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,665.00

---

**3.111** Nonpriority creditor's name and mailing address

Crawford Cleaning

1299 Monroe Rd

Wakeman, OH 44889-9442

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,000.00

---

**3.112** Nonpriority creditor's name and mailing address

Creative Living for Life Inc

232 N Court St

Medina, OH 44256-1925

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

**3.113** Nonpriority creditor's name and mailing address

**Creative Living for Life Inc**

**232 N Court St**

**Medina, OH 44256-1925**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 23-085, Creative Living for Life-Pepper Pike

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.114** Nonpriority creditor's name and mailing address

**CT Taylor Construction Inc**

**5802 Akron Cleveland Rd**

**Hudson, OH 44236-2010**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.115** Nonpriority creditor's name and mailing address

**Cubesmart**

**5440 S Marginal Rd**

**Cleveland, OH 44114-3987**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$495.72

---

**3.116** Nonpriority creditor's name and mailing address

**Culligan of Cleveland**

**4722 Spring Rd**

**Independence, OH 44131-1027**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10.75

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 49 of 203

| **Part 2:** | Additional Page |
| --- | --- |

**3.117** | **Nonpriority creditor's name and mailing address**

Cuyahoga Community College

700 Carnegie Ave

Cleveland, OH 44115-2833

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Potential warranty claim for project no. 13-043 (Campus Restroom)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.118** | **Nonpriority creditor's name and mailing address**

Cuyahoga County Public Library

2111 Snow Rd

Cleveland, OH 44134-2728

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Potential warranty claim for project no. 12-029 (Parma Branch).

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.119** | **Nonpriority creditor's name and mailing address**

CW Fab LLC

3545 Law Rd

Oxford, OH 45056-9043

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,287.00

---

**3.120** | **Nonpriority creditor's name and mailing address**

Dalton Building Enclosures

5064 Corbin Dr

Cleveland, OH 44128-5414

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: Solon Community Living Project; Project No. 23-084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,327.20

## Part 2: Additional Page

**3.121** | Nonpriority creditor's name and mailing address

**Daniel's Fence**

**3149 State Route 59**

**Ravenna, OH 44266-1751**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $29,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address

**Dempsey Surveying Company**

**12815 Detroit Ave**

**Lakewood, OH 44107-2835**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address

**Diversified Storage Solutions Inc**

**56 Buttonwood St**

**Norristown, PA 19401-4454**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is: $169,172.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address

**DJS Maintenance & Construction Co Inc**

**9921 Dolphin St Sw**

**Beach City, OH 44608-9331**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Harrison County Home Project; Project No. 21-079

As of the petition filing date, the claim is: $9,281.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

**3.125** Nonpriority creditor's name and mailing address

**Dover Cabinets Industries**

**1568 State Route 39 Nw**

**Dover, OH 44622-7346**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

As of the petition filing date, the claim is:        <u>unknown</u>
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

**Dr Aydin Cabi**

**160 W Garfield Rd**

**Aurora, OH 44202-6507**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 14-054, Dr Cabi,
New Dental Facility

As of the petition filing date, the claim is:        <u>unknown</u>
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address

**Drywall Enterprises LLC**

**2415 Directors Row A**

**Indianapolis, IN 46241-4940**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

As of the petition filing date, the claim is:        <u>$199,350.00</u>
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

**Dubick Fixture & Supply Inc**

**6201 Euclid Ave**

**Cleveland, OH 44103-3723**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

As of the petition filing date, the claim is:        <u>$41,618.89</u>
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:   Additional Page

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,641.10** |
|---|---|---|---|

**3.129**

**Nonpriority creditor's name and mailing address**

E & J Trailer Sales & Service Inc

610 Wayne Park Dr

Cincinnati, OH 45215-2847

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,641.10**

---

**3.130**

**Nonpriority creditor's name and mailing address**

E.J. Robinson

5618 Center Hill Ave

Cincinnati, OH 45216-2306

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$74,569.70**

---

**3.131**

**Nonpriority creditor's name and mailing address**

Electric Fireplaces Direct

217 N Seminary St

Florence, AL 35630-6526

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.132**

**Nonpriority creditor's name and mailing address**

Emily Britton

965 Township Road 1514

Ashland, OH 44805

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,828.00**

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 53 of 203

## Part 2: Additional Page

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$101,590.00**

**Empire Paving LLC**

4620 Johnston Pkwy

Cleveland, OH 44128-3219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: Creative Living for Life Project; Project No. 23-085

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62,816.40**

**ENG Heating & Cooling Inc**

830 Tryon Ave

Akron, OH 44310-4123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51,826.29**

**Enterprise Door & Supply Company**

8790 Twinbrook Rd

Mentor, OH 44060-4333

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Monroe County Building Extension; Project No. 21-014

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34,940.02**

**Environmental Stoneworks**

2699 Center Rd

Hinckley, OH 44233-9562

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

## Part 2: Additional Page

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,026.41** |

**EquipmentShare.com Inc**

**5710 Bull Run Dr**

**Columbia, MO 65201-2860**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Erieview Tower & Parking LLC**

**c/o Minshall Development Co**

**1301 E 9th St 333**

**Cleveland, OH 44114-1804**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential warranty claim for project no. (13-037) Elevator upgrade.

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Erieview Tower & Parking LLC**

**c/o RAIT Partnership LP**

**2 Logan Sq Fl 23**

**Philadelphia, PA 19103-2734**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-012, 12th Floor Restroom Renovation

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Erieview Tower & Parking LLC**

**c/o RAIT Partnership LP**

**2 Logan Sq Fl 23**

**Philadelphia, PA 19103-2734**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-013, Northcoast Research Tenant Renovation, 15th Floor. Potential warranty claim for project no. 13-067 (24th Fl

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

### 3.141

**Nonpriority creditor's name and mailing address**

Erieview Tower & Parking LLC

c/o RAIT Partnership LP

2 Logan Sq Fl 23

Philadelphia, PA 19103-2734

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 16-020, Erieview
Tower Machine Room Renovation

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.142

**Nonpriority creditor's name and mailing address**

Euclid Glass & Door, Inc.

4560 Glenbrook Rd

Willoughby, OH 44094-8214

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,937.00

---

### 3.143

**Nonpriority creditor's name and mailing address**

Everhart Glass Co Inc

207 9th St Sw

Canton, OH 44702-2133

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.144

**Nonpriority creditor's name and mailing address**

Excel Fluid Group LLC

5350 W 137th St

Brookpark, OH 44142-1811

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
| --- | --- |

**3.145** | **Nonpriority creditor's name and mailing address**

F Defrank & Son Custom Cabinets Inc

539 Industrial Park Rd

Smock, PA 15480

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:** $53,976.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

Fabcon Precast LLC

3400 Jackson Pike

Grove City, OH 43123-8993

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:** $110,826.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**

Fabric Showcase LLC

22008 Lorain Rd

Cleveland, OH 44126-3313

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: Solon Community Living Project; Project No. 23-084

**As of the petition filing date, the claim is:** $775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

Fabrizi Trucking & Paving Co Inc

20389 1st Ave

Cleveland, OH 44130-2433

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: Creative Living for Life Project; Project No. 23-085

**As of the petition filing date, the claim is:** $429,185.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.149** | **Nonpriority creditor's name and mailing address**

Fairborn Equipment Midwest

5155 Financial Way Ste 13

Mason, OH 45040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,015.00

---

**3.150** | **Nonpriority creditor's name and mailing address**

Famous Supply

26201 Richmond Rd

Bedford, OH 44146-1400

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.151** | **Nonpriority creditor's name and mailing address**

Fastsigns

2102 Saint Clair Ave Ne

Cleveland, OH 44114-4047

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.152** | **Nonpriority creditor's name and mailing address**

Fayette County Schools

111 Fayette Ave

Fayetteville, WV 25840-1219

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 19-100, Fayette County BOE, Clerk of the Works Construction Management Services

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Fayette County Schools**

☑ Contingent
**111 Fayette Ave**
☑ Unliquidated
**Fayetteville, WV 25840-1219**
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 18-104, Fayette County High School

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Fayette County Schools**

☑ Contingent
**111 Fayette Ave**
☑ Unliquidated
**Fayetteville, WV 25840-1219**
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 17-081, Fayette County Schools, Midland Trail High School Addition

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,349.30
*Check all that apply.*

**Fayette Drywall**

☐ Contingent
**16 N Dutoit St**
☐ Unliquidated
**Dayton, OH 45402-2291**
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720,240.20
*Check all that apply.*

**Feldkamp Enterprises**

☐ Contingent
**3642 Muddy Creek Rd**
☐ Unliquidated
**Cincinnati, OH 45238-2044**
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

**Remarks:** Municipal Brew Works Project; Project No. 22-010

---

## Part 2: Additional Page

| 3.157 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $21,267.39 |
|---|---|---|---|---|

**3.157**

**Nonpriority creditor's name and mailing address**

**Ferrellgas LP**

**1 Liberty Plz**

**Liberty, MO 64068-2970**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Solon Community Living Project; Project No. 23-084 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** $21,267.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158**

**Nonpriority creditor's name and mailing address**

**Firelock Ultra Modum Industries**

**2427 Route 143**

**Kempton, PA 19529-8848**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159**

**Nonpriority creditor's name and mailing address**

**Five Star Quality Cleaning Services LLC**

**1376 W 95th St**

**Cleveland, OH 44102-1732**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:** $61,230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160**

**Nonpriority creditor's name and mailing address**

**Flag Floors of Barnesville LLC**

**324 S Chestnut St**

**Barnesville, OH 43713-1325**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070 & Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** $184,345.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 60 of 203

| Part 2: | Additional Page |
| --- | --- |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |
| | **Formtech Concrete Forms Inc** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **975 Ladd Rd** | ☐ Unliquidated | |
| | **Walled Lake, MI 48390-3029** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |
| | Remarks:<br>Moundsville Municipal Building Project; Project No. 22-078 | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |
| | **Fort Henry LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **32 20th St Ste 100** | ☑ Unliquidated | |
| | **Wheeling, WV 26003-3746** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |
| | Remarks:<br>Potential Future Warranty Claim for Project No. 22-031, Fort Henry Club Renovations | | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,513.32 |
| --- | --- | --- | --- |
| | **Foundation Building Materials Inc** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **2520 Redhill Ave** | ☐ Unliquidated | |
| | **Santa Ana, CA 92705-5542** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |
| | Remarks:<br>Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,597.92 |
| --- | --- | --- | --- |
| | **Foundation Steel** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **12525 Airport Hwy** | ☐ Unliquidated | |
| | **Swanton, OH 43558-9613** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 61 of 203

| Part 2: | Additional Page |
| --- | --- |

---

**3.165** | **Nonpriority creditor's name and mailing address**

**Frantz Ward LLP**

**200 Public Sq Ste 300**

**Cleveland, OH 44114-2328**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$50,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**

**Fred & Sons Inc**

**11680 Hawke Rd**

**Columbia Sta, OH 44028-9192**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is: **$18,765.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address**

**Fredericksburg Fence LLC**

**8619 Carr Rd**

**Fredericksbrg, OH 44627-9211**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is: **$13,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**

**Fresh Starts with KC LLC**

**135 N 10th St**

**Wheeling, WV 26003-6972**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

### 3.169

**Nonpriority creditor's name and mailing address**

Frontier North Inc

Po Box 740407

Cincinnati, OH 45274-0407

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.170

**Nonpriority creditor's name and mailing address**

Functional Building Supply Company

18598 Cranwood Pkwy

Cleveland, OH 44128-4034

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,485.00

---

### 3.171

**Nonpriority creditor's name and mailing address**

Fusion Safety & Business Solutions Inc

10925 Reed Harman Rd 114

Cincinnati, OH 45242

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$24,819.18

---

### 3.172

**Nonpriority creditor's name and mailing address**

Garaventa USA Inc

401 Elmwood Ave

Sharon Hill, PA 19079-1016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$20,745.00

| Part 2: | Additional Page |
|---|---|

**3.173** | **Nonpriority creditor's name and mailing address**

Garbo Third Company Corp

7580 Plaza Blvd

Mentor, OH 44060-5202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:** $54,628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**

Gateway Electric LLC

4450 Johnston Pkwy

Cleveland, OH 44128-2900

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:** $221,580.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**

GE Williams Inc

502 Watt Ave

Barnesville, OH 43713-1241

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

**As of the petition filing date, the claim is:** $28,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**

George Steel Fabricating Inc

c/o Kevin J. Nickell

1207 S Us Route 42

Lebanon, OH 45036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $168,744.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 64 of 203

## Part 2: Additional Page

**3.177** | **Nonpriority creditor's name and mailing address**

God is Good LLC

c/o Kris Liptak

2273 Bent Branch Ct

Akron, OH 44333-5006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 14-074, BurgerFi
Restaurant Franchise TI

**As of the petition filing date, the claim is:** ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

Grae-Con Electric LLC

101 Industry Rd

Marietta, OH 45750-9355

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:** $26,886.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

Granex Industries Inc

32400 Aurora Rd

Solon, OH 44139-2848

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:** $79,703.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

Gratton Building Specialties Inc

7560 Tyler Blvd G

Mentor, OH 44060-9402

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Creative Living for Life Project; Project No. 23-085 & Hose Master
Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

**As of the petition filing date, the claim is:** $16,575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 65 of 203

| Part 2: | Additional Page |
| --- | --- |

**3.181**

**Nonpriority creditor's name and mailing address**

Graves Lumber Company

Po Box 14870

Copley, OH 44321-4870

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067 & Woodsfield Savings Bank, New Cadiz Branch Building;
Project No. 21-070

**As of the petition filing date, the claim is:**        **$24,688.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182**

**Nonpriority creditor's name and mailing address**

Great Lakes Crushing Ltd

30831 Euclid Ave

Wickliffe, OH 44092

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:**        **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183**

**Nonpriority creditor's name and mailing address**

Great Lakes Electric

12 N Main St

Milan, OH 44846-9733

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: Clark Residence Project; Project No. 19-084

**As of the petition filing date, the claim is:**        **$8,300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184**

**Nonpriority creditor's name and mailing address**

Great Lakes Restoration

213 Market Ave N

Canton, OH 44702-1443

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**        **$287,057.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.185** | Nonpriority creditor's name and mailing address

**Grove Construction Ltd.**

**6899 County Road 672**

**Millersburg, OH 44654-8349**

As of the petition filing date, the claim is:          $503,791.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Harrison County Home Project; Project No. 21-079 & Solon
Community Living Project; Project No. 23-084 & Creative Living
for Life Project; Project No. 23-085

**3.186** | Nonpriority creditor's name and mailing address

**Guardian Title & Guaranty Agency Inc**

**5320 Hoag Dr C**

**Sheffield Vlg, OH 44035-0615**

As of the petition filing date, the claim is:          $4,117.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.187** | Nonpriority creditor's name and mailing address

**Gunton Corporation**

**dba Pella Window and Door Company**

**26150 Richmond Rd**

**Bedford, OH 44146-1438**

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

**3.188** | Nonpriority creditor's name and mailing address

**Hardwood Lumber Co**

**Po Box 15**

**Middlefield, OH 44062-0015**

As of the petition filing date, the claim is:          $4,249.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

| Part 2: | Additional Page |
|---|---|

**3.189** | **Nonpriority creditor's name and mailing address**

Harrington Refrigeration & AC Co Inc

11298 Sebring Dr

Cincinnati, OH 45240-4601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Municipal Brew Works Project; Project No. 22-010

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

Harrison Community Hospital

951 E Market St

Cadiz, OH 43907-9799

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 22-023, Harrison Community Hospital Negative Pressure Isolation Rooms

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

Harrison County Commissioners

100 W Market St

Cadiz, OH 43907

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**

Harrison County Commissioners

100 W Market St

Cadiz, OH 43907

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 21-079, Harrison County Hom Additions, Capital Improvements Project

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.193** | Nonpriority creditor's name and mailing address

**Harrison County Commissioners**

**100 W Market St**

**Cadiz, OH 43907**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 18-049, Facilities
Planning Coordination Services

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address

**Hartland & Wilken Heating & Cooling**

**9507 Milan Rd**

**Milan, OH 44846-9574**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Clark Residence Project; Project No. 19-084

As of the petition filing date, the claim is:    **$13,216.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address

**Hastings Home Builders**

**6873 Stearns Rd**

**Olmsted Twp, OH 44138-1128**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    **$1,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address

**Health Enhancement Center**

**8615 Commerce Dr Ste 4**

**Easton, MD 21601-7421**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    **$52.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 69 of 203

| Part 2: | Additional Page |
|---|---|

**3.197**   **Nonpriority creditor's name and mailing address**

Heights Constructors Ltd

459 Morgan Ave

Akron, OH 44311-2431

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$15,221.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.198**   **Nonpriority creditor's name and mailing address**

Heinen's Inc.

4540 Richmond Rd

Cleveland, OH 44128-5757

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 11-093 Barrington, Ill store).

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.199**   **Nonpriority creditor's name and mailing address**

Hercules Fire Protection & Plumbing LLC

35478 Lorain Rd

N Ridgeville, OH 44039-4461

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

As of the petition filing date, the claim is:    **$79,379.04**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.200**   **Nonpriority creditor's name and mailing address**

HGC Construction Co.

c/o CT Corporation System

2814 Stanton Ave

Cincinnati, OH 45206-1123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$569,630.31**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 70 of 203

| Part 2: | Additional Page |
|---|---|

**3.201** | **Nonpriority creditor's name and mailing address**

High Tech Pools Inc

31330 Industrial Pkwy

North Olmsted, OH 44070-4787

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:** $12,006.88
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**

Hightech Performance Coatings LLC

3609 Linden Ave

Dayton, OH 45410-3024

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $43,000.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

Historic Mill Land 2 LLC

2913 Spooky Nook Rd

Manheim, PA 17545-9149

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 19-106, Spooky Nook Hotel & Conference Center

**As of the petition filing date, the claim is:** unknown
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

Hose Master LLC

1233 E 222nd St

Euclid, OH 44117-1104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

**As of the petition filing date, the claim is:** unknown
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Hourglass Holdings LLC

c/o Jamie M. Haren, Agent

6370 Mount Pleasant St Nw

North Canton, OH 44720-5310

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Suit filed in Stark County Common Pleas, Hourglass Holdings LLC, et al. v. Pietro J. Perticarini, Jr, et al.; Case No. 2023 CV 01830

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| 3.206 |

**Nonpriority creditor's name and mailing address**

Hranec Corporation

763 Route 21

Uniontown, PA 15401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$263,642.10

---

| 3.207 |

**Nonpriority creditor's name and mailing address**

Hyatt Legal Plans

1111 Superior Ave E

Cleveland, OH 44114-2522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 16-022, Hyatt Legal Buildout

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| 3.208 |

**Nonpriority creditor's name and mailing address**

Impact Building Solutions

3745 Medina Rd E

Medina, OH 44256-9510

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,083.35

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 72 of 203

| Part 2: | Additional Page |

---

**3.209** | **Nonpriority creditor's name and mailing address**

Infrastructure Strategies

79100 Hirt Rd

Cadiz, OH 43907-9446

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,840.00

---

**3.210** | **Nonpriority creditor's name and mailing address**

Intact Insurance Surety Group

Attn: Ashlee Rudnick

1 Towne Sq Ste 1470

Southfield, MI 48076

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.211** | **Nonpriority creditor's name and mailing address**

Integrated Business Systems

6909 Engle Rd Ste 20

Cleveland, OH 44130-3484

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.212** | **Nonpriority creditor's name and mailing address**

Intek Construction Products Inc

4591 Hinckley Industrial Pkwy

Cleveland, OH 44109-6009

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

## Part 2: Additional Page

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$32,992.60**

Interco Division 10 Ohio Inc

3600 Brookham Dr D

Grove City, OH 43123-4851

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Moundsville Municipal Building Project; Project No. 22-078

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

Interior Supply Inc

481 E 11th Ave

Columbus, OH 43211

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$138,497.43**

Invision Staffing Solutions LLC

2832 Shallowford Rd Ne

Canton, OH 44721-2751

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

Invision Strategic Services

2832 Shallowford Rd Ne

Canton, OH 44721-2751

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| Part 2: | Additional Page |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**IUOE Local 18**

**3515 Prospect Ave E**

**Cleveland, OH 44115-2648**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 14-075, IUOE
Local 18, New District #6 Office

---

**3.218** **Nonpriority creditor's name and mailing address**

**J & K Door & Hardware Inc**

**109 Curry Hollow Rd**

**West Mifflin, PA 15122-2636**

**As of the petition filing date, the claim is:**                    **$62,460.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065 & Moundsville Municipal Building Project; Project No.
22-078

---

**3.219** **Nonpriority creditor's name and mailing address**

**J & R Excavating Inc**

**4676 Waynesburg Pike Rd**

**Moundsville, WV 26041-1989**

**As of the petition filing date, the claim is:**                    **$15,041.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065 & Moundsville Municipal Building Project; Project No.
22-078

---

**3.220** **Nonpriority creditor's name and mailing address**

**Jack & Ronni Bialosky**

**37840 Jackson Rd**

**Chagrin Falls, OH 44022**

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 19-083, Bialosky
Residence

24-11126-skk   Doc 1   FILED 03/25/24   ENTERED 03/25/24 14:39:28   Page 75 of 203

| **Part 2:** | Additional Page |
|---|---|

---

**3.221** | **Nonpriority creditor's name and mailing address**

**Jack A Hamilton & Associates Inc**

**342 High St**

**Flushing, OH 43977**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.222** | **Nonpriority creditor's name and mailing address**

**Jai Guru, LLC**

**3045 Olentangy Rd**

**Columbus, OH 43202-1516**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 12-177 (Staybridge Suites)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.223** | **Nonpriority creditor's name and mailing address**

**Jani-King of Cleveland**

**9075 Town Centre Dr Ste 200**

**Broadview Hts, OH 44147-4045**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$216,750.15

---

**3.224** | **Nonpriority creditor's name and mailing address**

**JBR Construction Corp**

**PO Box 854439**

**Chagrin Falls, OH 44022**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 76 of 203

## Part 2:   Additional Page

**3.225** | **Nonpriority creditor's name and mailing address**

**Jerry Gust Masonry & Concrete Inc**

**47267 State Route 536**

**Clarington, OH 43915-9705**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Monroe County Building Extension: Project No. 21-014

**As of the petition filing date, the claim is:**     __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**

**Jimmy'z Custom Tinting LLC**

**1605 State Route 60 # 21**

**Vermilion, OH 44089-9141**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**     __$1,085.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address**

**JMG Construction of Tusc County Ltd**

**2555 Pyle Rd Nw**

**Dover, OH 44622-7202**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

**As of the petition filing date, the claim is:**     __$6,649.46__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

**John Carroll University**

**1 John Carroll Blvd**

**Cleveland, OH 44118-4538**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential warranty claim for project no.12-002 (Murphy Hall reno)

**As of the petition filing date, the claim is:**     __unknown__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.229** **Nonpriority creditor's name and mailing address**

Johns Lawns

211 W Warren St

Cadiz, OH 43907-1164

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

**As of the petition filing date, the claim is:**     $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

Johnson Boiler Works Inc

53 Marshall St N

Benwood, WV 26031-1010

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

Kalkreuth Roofing & Sheet Metal Inc

53 14th St Ste 100

Wheeling, WV 26003-3433

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**     $469,667.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232** **Nonpriority creditor's name and mailing address**

Kanawha County Schools

200 Elizabeth St

Charleston, WV 25311-2119

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 16-021, Kanawha
County Schools, Andrew Heights Elementary School

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

24-11126-skk   Doc 1   FILED 03/25/24   ENTERED 03/25/24 14:39:28   Page 78 of 203

| Part 2: | Additional Page |
| --- | --- |

---

**3.233**

**Nonpriority creditor's name and mailing address**

Kanawha County Schools

200 Elizabeth St

Charleston, WV 25311-2119

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 16-137, Kanawha County Schools, Countywide Building Assessments

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.234**

**Nonpriority creditor's name and mailing address**

Kapton Caulking & Building Restoration

6500 Harris Rd

Broadview Hts, OH 44147-2978

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,854.00

---

**3.235**

**Nonpriority creditor's name and mailing address**

Karras Painting LLC

2408 Eoff St

Wheeling, WV 26003-3918

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Remarks:**
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$147,352.00

---

**3.236**

**Nonpriority creditor's name and mailing address**

Kein Concrete Contractors LLC

4175 W Old Lincoln Way

Wooster, OH 44691-3241

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Remarks:** Clark Residence Project; Project No. 19-084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,344.91

---

| Part 2: | Additional Page |

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$113,201.63**
Kelley & Carpenter Roofing & Sheet Mtl

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

507 Maple Ave

Hamilton, OH 45011-6021

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126,289.12**
Kelley Brothers Roofing Inc

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

4905 Factory Dr

Fairfield, OH 45014-1916

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$300,000.00**
Kevin Lawlor

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

609 Cedar Crest Dr

Elyria, OH 44035-8983

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
KSGR Solutions LLC

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

64700 Barnesville Hendrysburg Rd

Barnesville, OH 43713-9623

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks: Monroe County Building Extension; Project No. 21-014

**Part 2:** Additional Page

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.72 |
|---|---|---|---|

**3.241** Nonpriority creditor's name and mailing address

KT's Custom Logos

602 South St C3

Chardon, OH 44024-1499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$70.72

---

**3.242** Nonpriority creditor's name and mailing address

Kusler Masonry Inc.

23 Noblestown Rd

Carnegie, PA 15106-1632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065 & Moundsville Municipal Building Project; Project No. 22-078

$416,169.60

---

**3.243** Nonpriority creditor's name and mailing address

Lake Erie Electric, Inc.

25730 First St

Westlake, OH 44145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$498,331.77

---

**3.244** Nonpriority creditor's name and mailing address

Lake Erie Landscape LLC

7616 Connecticut Ave

Cleveland, OH 44105-5902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 53872

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

$9,500.00

| Part 2: | Additional Page |
| --- | --- |

**3.245** Nonpriority creditor's name and mailing address

Lakeland Electric Inc

5350 Grant Ave

Cleveland, OH 44125-1036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is: **$452,495.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address

Lakewood CC

2613 Bradley Rd

Westlake, OH 44145-1706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 13-033 (Clubhouse).

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247** Nonpriority creditor's name and mailing address

Lehn Painting Inc

4175 Taylor Rd

Batavia, OH 45103-9792

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$76,533.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address

LGBT Community Center of Greater CLE

6600 Detroit Ave

Cleveland, OH 44102-3016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 17-058, New LGBT Community Center Building

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

### 3.249

**Nonpriority creditor's name and mailing address**

Lithko Contracting LLC

5353 Hamilton Middletown Rd

Liberty Twp, OH 45011-2407

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $92,469.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.250

**Nonpriority creditor's name and mailing address**

Litman Enterprises LLC

39653 State Route 7

Sardis, OH 43946-9807

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:** $2,952.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.251

**Nonpriority creditor's name and mailing address**

LM Construction Inc.

Po Box 339

St Clairsvle, OH 43950-0339

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Harrison County Home Project; Project No. 21-079 & Wheeling
WV Fire Dept New Headquarters Project; Project No. 22-065 &
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** $513,922.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.252

**Nonpriority creditor's name and mailing address**

Logan County Schools

Po Box 477

Logan, WV 25601-0477

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 16-003, Logan
County Schools, New Chapman Area Elementary School

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

24-11126-skk   Doc 1   FILED 03/25/24   ENTERED 03/25/24 14:39:28   Page 83 of 203

**Part 2:** Additional Page

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,285.85** |

**Nonpriority creditor's name and mailing address**

**Lowes**

**PO Box 530954**

**Saint Clairsville, OH 43950**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,285.85

---

**3.254** **Nonpriority creditor's name and mailing address**

**M & H Mechanical**

**1463 Fancy Gap Rd**

**Mount Airy, NC 27030-1821**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Walgreens Galax VA Project; Project No. 22-055

$8,700.00

---

**3.255** **Nonpriority creditor's name and mailing address**

**M Neff Consultants LLC**

**6830 Chaffee Ct**

**Brecksville, OH 44141-2467**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Solon Community Living Project; Project No. 23-084

**unknown**

---

**3.256** **Nonpriority creditor's name and mailing address**

**Mack Plumbing & Hydronics Inc**

**19561 Miles Rd**

**Cleveland, OH 44128-4111**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

$203,272.67

| Part 2: | Additional Page |
|---|---|

**3.257**

**Nonpriority creditor's name and mailing address**

Mail Boxes by Design Inc

6257 State Route 132

Goshen, OH 45122-9267

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.258**

**Nonpriority creditor's name and mailing address**

Mars Electric Company

6655 Beta Dr Ste 200

Cleveland, OH 44143-2380

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Clark Residence Project; Project No. 19-084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.259**

**Nonpriority creditor's name and mailing address**

Marshall County Board of Education

2700 Fourth St

Moundsville, WV 26041

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 14-043, Marshall County Schools, Glen Dale MIP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.260**

**Nonpriority creditor's name and mailing address**

Marshall County Board of Education

2700 Fourth St

Moundsville, WV 26041

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Potential Future Warranty Claim for Project No. 14-059, Marshall County Schools, Sand Hil Elementary School

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

## Part 2: Additional Page

### 3.261

**Nonpriority creditor's name and mailing address**

Marshall Cty Board of Education

2700 Fourth St.

Moundsville, WV 26041

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 12-083 (Emergency Bridge).

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.262

**Nonpriority creditor's name and mailing address**

McAndrews Windows & Glass

820 State Ave

Cincinnati, OH 45204-1598

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,782.14

---

### 3.263

**Nonpriority creditor's name and mailing address**

McDonald Hopkins LLC

300 N La Salle Dr Ste 1400

Chicago, IL 60654-3474

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.264

**Nonpriority creditor's name and mailing address**

MCPC Inc.

PO Box 643283

Pittsburgh, PA 15264

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,871.17

## Part 2: Additional Page

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,055.00 |

**3.265**

**Nonpriority creditor's name and mailing address**

**Menard Inc**

**150 E Main St # 500**

**Carnegie, PA 15106-2437**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,055.00

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Meridas Professional Grounds Care LLC**

**Po Box 1864**

**West Chester, OH 45071-1864**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$126,155.44

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Mid-Mountain Heating & Cooling**

**1217 Orby Cantrell Hwy**

**Big Stone Gap, VA 24219-4425**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Might Air Ducts Inc**

**26285 Broadway Ave Ste 5**

**Bedford, OH 44146-6541**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

24-11126-skk   Doc 1   FILED 03/25/24   ENTERED 03/25/24 14:39:28   Page 87 of 203

## Part 2: Additional Page

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** |
|---|---|---|---|

**Miller and Company**

**2400 Shepler Church Ave Sw**

**Canton, OH 44706-4112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,769.99** |
|---|---|---|---|

**Miter Masonry Contractors Inc**

**421 Maple Ave**

**Arlington Hts, OH 45215-5425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,037.37** |
|---|---|---|---|

**Mobile Air & Power Rentals**

**Po Box 734443**

**Chicago, IL 60673-4443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,681.17** |
|---|---|---|---|

**Mobile Mini**

**4646 E Van Buren St**

**Phoenix, AZ 85008-6915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

| Part 2: | Additional Page |
|---------|-----------------|

**3.273** | Nonpriority creditor's name and mailing address

**Modern Poured Walls Inc**

**41807 State Route 18**

**Wellington, OH 44090-9677**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076 & Vitalia Senior Living Facility, Highland Heights
Project; Project No. 21-067 & Highland Heights PD & FD Interior
Renovation and HVAC Upgrade Project; Project No. 23-023 &
Clark Residence Project; Project No. 19-084

As of the petition filing date, the claim is:    **$222,238.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address

**Monroe County Commissioners**

**101 N Main St**

**Woodsfield, OH 43793-1070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks: Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address

**Monroe County Commissioners**

**101 N Main St**

**Woodsfield, OH 43793-1070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 21-014, Monroe
County Extension Building

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address

**More Than Blinds LLC**

**8255 Mentor Ave**

**Mentor, OH 44060-5730**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067 & Highland Heights PD & FD Interior Renovation and
HVAC Upgrade Project; Project No. 23-023 & Clark Residence
Project; Project No. 19-084

As of the petition filing date, the claim is:    **$15,045.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

### 3.277 Nonpriority creditor's name and mailing address

Morrison Inc

410 Colegate Dr

Marietta, OH 45750-9549

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:** _____unknown_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.278 Nonpriority creditor's name and mailing address

MOS Office Systems

3153 Belmont St

Bellaire, OH 43906-1518

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** _____$846.62_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.279 Nonpriority creditor's name and mailing address

Mountaintop Construction Services LLC

Po Box 11

Valley Grove, WV 26060-0011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:** _____$35,493.91_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.280 Nonpriority creditor's name and mailing address

Muda Construction

112327 LaGrange Rd

Elyria, OH 44035

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Clark Residence Project; Project No. 19-084

**As of the petition filing date, the claim is:** _____$2,160.00_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.281 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mullin Bros Construction Services**

**1300 E 260th St**

**Euclid, OH 44132-2816**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| 3.282 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Municipal Brew Works**

**20 High St**

**Hamilton, OH 45011-2709**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Municipal Brew Works Project; Project No. 22-010

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| 3.283 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Municipal Brew Works**

**20 High St**

**Hamilton, OH 45011-2709**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 22-010, Municipal
Brew Works at Champion Mill #2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| 3.284 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Muskingum County Commissioners**

**401 Main St**

**Zanesville, OH 43701-3519**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 14-058,
Muskingum County Senior Center

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

## Part 2: Additional Page

---

**3.285** Nonpriority creditor's name and mailing address

National Carpet Mill Outlet Inc

2255 Medina Rd

Medina, OH 44256-9827

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

As of the petition filing date, the claim is: $444,313.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address

National Granite Luxuries

2255 Medina Rd

Medina, OH 44256-9827

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Solon Community Living Project; Project No. 23-084

As of the petition filing date, the claim is: $36,291.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address

Neifer Carpentry LLC

22 Henry St

Norwalk, OH 44857-2407

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Clark Residence Project; Project No. 19-084 & Monroe County Building Extension; Project No. 21-014

As of the petition filing date, the claim is: $11,457.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address

NF Mansuetto & Sons Inc

116 Wood St

Martins Ferry, OH 43935-1710

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

As of the petition filing date, the claim is: $120,996.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

**3.289**

**Nonpriority creditor's name and mailing address**

**Nicholas County Schools**

**400 Old Main Dr**

**Summersville, WV 26651-1360**

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-016, Nicholas
County High School

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Nicholas County Schools**

**400 Old Main Dr**

**Summersville, WV 26651-1360**

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-017, Nicholas
County Middle School

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Nitro Construction Services Inc**

**4300 1st Ave**

**Nitro, WV 25143-1096**

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,814.88

---

**3.292**

**Nonpriority creditor's name and mailing address**

**North Star Plaza Ltd**

**c/o Great Lakes Resources**

**21300 Lorain Rd**

**Cleveland, OH 44126-2150**

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 22-034, Family
Dollar #3591 Fire Restoration

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:**   Additional Page

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151,107.09 |

**3.293**   Nonpriority creditor's name and mailing address

Northern Window & Door Inc

893 Eastwind Dr

Westerville, OH 43081-3328

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$151,107.09

---

**3.294**   Nonpriority creditor's name and mailing address

OEC Rentals

Po Box 177

Oakdale, PA 15071-0177

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.295**   Nonpriority creditor's name and mailing address

Ohio Awning & Manufacturing Company

5777 Grant Ave

Cleveland, OH 44105-5605

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,560.00

---

**3.296**   Nonpriority creditor's name and mailing address

Ohio CAT

4476 Applegrove St Nw

North Canton, OH 44720-7069

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,941.89

**Part 2:** Additional Page

---

**3.297** | **Nonpriority creditor's name and mailing address** | | | As of the petition filing date, the claim is: | **$31,159.00**

Ohio Hardware Furniture LLC

9933 Lattasburg Rd

West Salem, OH 44287

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Creative Living for Life Project; Project No. 23-085

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

Ohio Machinery Co

Po Box 854439

Minneapolis, MN 55485-4439

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Harrison County Home Project; Project No. 21-079

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$955.41**

Ohio Temporary Heating & Air

271 W Greenwich Rd

Seville, OH 44273-8880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Solon Community Living Project; Project No. 23-084

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

Ohio Valley Medical Center

2000 Eoff St

Wheeling, WV 26003-3823

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Potential warranty claim for project no. 11-048 (Adolescent psych unit).

---

**Part 2:** Additional Page

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,851.50**

**Ohio Valley Reclaimed Wood**

**2051 Riggle Rd**

**Bellville, OH 44813-9163**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$623,087.01**

**OK Interiors Corp**

**c/o Lindhorst & Driedame**

**312 Walnut St Ste 3100**

**Cincinnati, OH 45202-4048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**

**Olney Friends School**

**61830 Sandy Ridge Rd**

**Barnesville, OH 43713-9404**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 14-022, Olney Friends School, Stillwater Science Center at Olney Friends School Renovation

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**

**Osborn Engineering**

**1300 E 9th St Ste 1500**

**Cleveland, OH 44114-1573**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Potential warranty claim for project no. 12-070 (1100 Superior Ave).

---

24-11126-skk　　Doc 1　　FILED 03/25/24　　ENTERED 03/25/24 14:39:28　　Page 96 of 203

---

**Part 2:** Additional Page

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $194,911.80 |
|---|---|---|---|

**Overhead Door Company Inc**

**400 Poplar St**

**Pittsburgh, PA 15223-2221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065 & Moundsville Municipal Building Project; Project No.
22-078

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,640.00 |
|---|---|---|---|

**Owens Flooring Company**

**38270 Airport Pkwy**

**Willoughby, OH 44094-8023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.53 |
|---|---|---|---|

**P and J Sanitation**

**8039 Pyle Rd**

**Amherst, OH 44001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**PA Turnpike Toll by Plate**

**Po Box 645631**

**Pittsburgh, PA 15264-5254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

### 3.309

**Nonpriority creditor's name and mailing address**

Pacific Columns Inc.

5765 Horizon Rd

Rockwall, TX 75032

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.310

**Nonpriority creditor's name and mailing address**

Peerless Electric Co Inc

7325 Production Dr

Mentor, OH 44060

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.311

**Nonpriority creditor's name and mailing address**

Perry Interiors Inc

4054 Clough Woods Dr

Batavia, OH 45103-2586

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$139,747.90

---

### 3.312

**Nonpriority creditor's name and mailing address**

Perticarini Jr, Pietro J.

5700 Birmingham Rd Ne

Canton, OH 44721-3722

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---------|-----------------|

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,048.93
*Check all that apply.*

Pete & Pete Container Services Inc

4830 Warner Rd

Cleveland, OH 44125-1119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,100.00
*Check all that apply.*

Peterson Contractors Inc

Po Box A

Reinbeck, IA 50669-0155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103,758.65
*Check all that apply.*

Petticord & Son Inc.

185 E Cardinal Ave

Wheeling, WV 26003-2601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Harrison County Home Project; Project No. 21-079 & Woodsfield
Savings Bank-New Cadiz Branch Building Project; Project No.
21-070 & Moundsville Municipal Building Project; Project No.
22-078

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,699.00
*Check all that apply.*

Platform Cement Inc

7503 Tyler Blvd

Mentor, OH 44060-5403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076

| Part 2: | Additional Page |

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

**PNC Bank**

**Two PNC Plaza**

**620 Liberty Ave**

**Pittsburgh, PA 15222-2722**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential warranty claim for project no. 11-120 (Carnegie Ave
Core & Shell).

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $77,935.00
*Check all that apply.*

**Precision Sign & Awning Inc**

**3 Glass St**

**Carnegie, PA 15106-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,450.00
*Check all that apply.*

**Premier Asphalt Paving Co**

**10519 Royalton Rd**

**N Royalton, OH 44133-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

**Premier Metals LLC**

**2401 County Road 144**

**Sugarcreek, OH 44681-9662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Monroe County Building Extension; Project No. 21-014

---

## Part 2: Additional Page

| 3.321 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **unknown** |
| | **Principal Financial Group** | | *Check all that apply.* | |
| | | | ☐ Contingent | |
| | **Po Box 777** | | ☐ Unliquidated | |
| | **Des Moines, IA 50303-0777** | | ☐ Disputed | |

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$122,883.39** |
| | **Pro Air Solutions LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **2165 Lakeside Ave E** | ☐ Unliquidated | |
| | **Cleveland, OH 44114-1124** | ☐ Disputed | |

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
| | **Quality Control Construction LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **7681 Congress Rd** | ☐ Unliquidated | |
| | **Lodi, OH 44254-9769** | ☐ Disputed | |

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Remarks:** Clark Residence Project; Project No. 19-084

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
| | **Quality Painting** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **250 Wallens Ridge Blvd W** | ☐ Unliquidated | |
| | **Big Stone Gap, VA 24219-2704** | ☐ Disputed | |

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Remarks:** Walgreens Galax VA Project; Project No. 22-055

| Part 2: | Additional Page |
|---|---|

**3.325** Nonpriority creditor's name and mailing address

**Quality Steel Erecting Inc**

**Po Box 539**

**St Clairsvle, OH 43950-0539**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Harrison County Home Project; Project No. 21-079 & Woodsfield
Savings Bank-New Cadiz Branch Building Project; Project No.
21-070 & Wheeling WV Fire Dept New Headquarters Project;
Project No. 22-065 & Moundsville Municipal Building Project;
Project No. 22-078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$73,299.64

---

**3.326** Nonpriority creditor's name and mailing address

**R.E. Middleton Construction**

**503 W Main St**

**Mason, OH 45040-1625**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$79,468.22

---

**3.327** Nonpriority creditor's name and mailing address

**R.M. Riggle Enterprises Inc.**

**879 W Bagley Rd**

**Berea, OH 44017-2903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Harrison County Home Project; Project No. 21-079 & Solon
Community Living Project; Project No. 23-084 & Creative Living
for Life Project; Project No. 23-085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$111,666.20

---

**3.328** Nonpriority creditor's name and mailing address

**Raleigh County Schools**

**105 Adair St**

**Beckley, WV 25801-3733**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Potential warranty claim for project no. 13-076 (Capital
improvements)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Raleigh County Schools

105 Adair St

Beckley, WV 25801-3733

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 15-077, Raleigh County Schools, Shady Spring High school

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Raleigh County Schools

105 Adair St

Beckley, WV 25801-3733

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Potential Future Warranty Claim for Project No. 15-094, Raleigh County Schools, Crab Orchard Elementary School

---

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

RAM Construction Services

100 Corporation Ctr Blg 4

Broadview Heights, OH 44147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73,995.50
*Check all that apply.*

RayHaven Group Inc

3842 Congress Pkwy Apt 7a

Richfield, OH 44286-9745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Solon Community Living Project; Project No. 23-084 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023 & Monroe County Building Extension; Project No. 21-014

---

**Part 2:**   Additional Page

---

**3.333**   Nonpriority creditor's name and mailing address

**Raze International Inc**

**4295 Central Ave**

**Shadyside, OH 43947-1276**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334**   Nonpriority creditor's name and mailing address

**RB Stout Inc**

**1285 N Cleveland Massillon Rd**

**Akron, OH 44333-1805**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:          **$100,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335**   Nonpriority creditor's name and mailing address

**Reliable Cabinets Inc.**

**45300 Us Highway 20**

**Oberlin, OH 44074-9262**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is:          **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336**   Nonpriority creditor's name and mailing address

**Resolute Industrial LLC**

**298 Messner Dr**

**Wheeling, IL 60090-6436**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          **$14,037.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

**3.337** | **Nonpriority creditor's name and mailing address**

Rich J Frantz Masonry

175 Tent Church Rd

Uniontown, PA 15401-6801

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** $767,657.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**

Rini Realty Company

Westpoint Corporate Center

924 Westpoint Pkwy # 150

Cleveland, OH 44145-1500

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 16-044, Sears Plaza Facade

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**

Rini Realty Company

Westpoint Corporate Center

924 Westpoint Pkwy # 150

Cleveland, OH 44145-1500

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 14-094, Sears Plaza Outlet Building

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**

Romano Construction

7018 W Cross Creek Trl

Brecksville, OH 44141-3140

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

---

**3.341** | **Nonpriority creditor's name and mailing address**

**Rosen Enterprises LLC**

**51021 State Route 26**

**Beallsville, OH 43716-9456**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070 & Monroe County Building Extension; Project
No. 21-014

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**

**RPBD Contracting LLC**

**411 Solon Rd Apt 7a**

**Chagrin Falls, OH 44022-3383**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Solon Community Living Project; Project No. 23-084 & Creative
Living for Life Project; Project No. 23-085

**As of the petition filing date, the claim is:**                    $29,635.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**

**RSI Refrigeration LLC**

**13045 Burns Rd**

**California, KY 41007-8985**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Municipal Brew Works Project; Project No. 22-010

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**

**Ruple Builders Inc**

**Po Box 173**

**Willoughby, OH 44096-0173**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:**                    $1,372.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $128,507.02 |

**3.345**

**Nonpriority creditor's name and mailing address**

**Russell Brands LLC**

**200 American Ave**

**Jefferson, IA 50129-2801**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$128,507.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

**Rustica**

**1060 Spring Creek Pl**

**Springville, UT 84663-3037**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$3,490.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:**
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

**3.347**

**Nonpriority creditor's name and mailing address**

**Sander Contracting Inc.**

**1234 Brittain Rd**

**Akron, OH 44310-3704**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:** Solon Community Living Project; Project No. 23-084

---

**3.348**

**Nonpriority creditor's name and mailing address**

**Savage Construction Company**

**196 Peters Run Rd**

**Wheeling, WV 26003-7851**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$181,330.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:**
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

| Part 2: | Additional Page |
|---|---|

**3.349** | **Nonpriority creditor's name and mailing address**

**Schindler Elevator Corp**

**Po Box 93050**

**Chicago, IL 60673-3050**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Moundsville Municipal Building Project; Project No. 22-078 &
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

**As of the petition filing date, the claim is:**     **$130,763.97**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**

**SE Blueprint**

**2035 Hamilton Ave**

**Cleveland, OH 44114-1114**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**     **$686.96**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

**SE Schultz Electric Inc**

**158 Oak Springs Rd**

**Waynesburg, PA 15370**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**     **$578,199.48**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**

**Seebach Excavating LLC**

**33450 State Route 78**

**Lewisville, OH 43754-9451**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**     **$48,574.37**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

---

**3.353**

**Nonpriority creditor's name and mailing address**

Shingleton Contractors Inc

6005 Avalon Rd Nw

Malvern, OH 44644-9743

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.354**

**Nonpriority creditor's name and mailing address**

Shutler Cabinets Inc.

1299 Frontage Dr

Moundsville, WV 26041-4053

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Harrison County Home Project; Project No. 21-079 & Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$166,548.15

---

**3.355**

**Nonpriority creditor's name and mailing address**

Sight & Sound Communications Co

826 E Tallmadge Ave

Akron, OH 44310-3512

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$96,373.21

---

**3.356**

**Nonpriority creditor's name and mailing address**

Silco Fire & Security

451 Kennedy Rd

Akron, OH 44305-4423

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,008.37

---

| Part 2: | Additional Page |
|---|---|

**3.357** Nonpriority creditor's name and mailing address

SJD Construction Co

2351 Pearl Rd Ste 101

Medina, OH 44256-5644

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is:    $7,983.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.358** Nonpriority creditor's name and mailing address

Smith Concrete

Division of SMI

2301 Progress St

Dover, OH 44622-9641

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

As of the petition filing date, the claim is:    $463.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.359** Nonpriority creditor's name and mailing address

Snow Brothers Appliance Co

5528 Mayfield Rd

Cleveland, OH 44124-2914

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC
Upgrade Project; Project No. 23-023

As of the petition filing date, the claim is:    $8,457.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.360** Nonpriority creditor's name and mailing address

Soelberg Industries

248 Mountain Way Dr

Orem, UT 84058-5227

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| **3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Solon Community Living**

**6790 Ridgecliff Dr**

**Solon, OH 44139-3884**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Solon Community Living Project; Project No. 23-084

---

| **3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Solon Community Living**

**6790 Ridgecliff Dr**

**Solon, OH 44139**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 23-084, Solon
Community Living

---

| **3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Sommers Mobile Leasing Inc**

**1800 Lorain Blvd**

**Elyria, OH 44035-2407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No.
21-067

---

| **3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**SP Plus Corporation**

**8037 Collection Center Dr**

**Chicago, IL 60693-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 111 of 203

| Part 2: | Additional Page |
|---|---|

**3.365** | **Nonpriority creditor's name and mailing address**

Stack Heating & Cooling

37520 Colorado Ave

Avon, OH 44011-1534

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Clark Residence Project; Project No. 19-084

**As of the petition filing date, the claim is:** $37,307.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**

Stair Systems LLC

55 Lou Groza Blvd

Berea, OH 44017-1237

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Solon Community Living Project; Project No. 23-084 & Hose
Master Facility Expansion GMP1 & GMP2 Project; Project No.
22-076

**As of the petition filing date, the claim is:** $24,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address**

Staples Business Credit

Po Box 105638

Atlanta, GA 30348-5638

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $299.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**

Stark Glass Enterprises Inc

1250 Nova Dr Se

Massillon, OH 44646-8901

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project
No. 22-076 & Vitalia Senior Living Facility, Highland Heights
Project; Project No. 21-067

**As of the petition filing date, the claim is:** $36,064.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

24-11126-skk     Doc 1     FILED 03/25/24     ENTERED 03/25/24 14:39:28     Page 112 of 203

| Part 2: | Additional Page |
|---|---|

**3.369** Nonpriority creditor's name and mailing address

State Industrial Products Corps.

5915 Landerbrook Dr

Cleveland, OH 44124-4039

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks:
Potential warranty claim for project no. 12-120 (Western Bldg Demo).

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.370** Nonpriority creditor's name and mailing address

Stegman & Schellhase Inc

51 15th St

Wheeling, WV 26003-3582

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.371** Nonpriority creditor's name and mailing address

Steven C. Coon

1742 Monter Ave

Louisville, OH 44641-2506

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks:
Suit filed in Stark County Common Pleas, Hourglass Holdings LLC, et al. v. Pietro J. Perticarini, Jr, et al.; Case No. 2023 CV 01830

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.372** Nonpriority creditor's name and mailing address

STG Electric Services

7791 Capital Blvd Ste 4

Macedonia, OH 44056-2186

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:     $569,978.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 113 of 203

## Part 2: Additional Page

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,016.60

**Strano Construction Company LLC**

824 E 222nd St

Euclid, OH 44123-3317

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $144,280.00

**Strauss Fence Company**

1836 Glenn Hwy

New Concord, OH 43762

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Monroe County Building Extension; Project No. 21-014

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $95,753.00

**Stull Excavating LLC**

94480 Dining Fork Rd

Scio, OH 43988-9621

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Harrison County Home Project; Project No. 21-079 & Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $501,714.80

**Sugarcreek Exterior Solutions LLC**

1106 Shutt Valley Rd Nw

Sugarcreek, OH 44681-7743

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Solon Community Living Project; Project No. 23-084 & Creative Living for Life Project; Project No. 23-085 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067 & Clark Residence Project; Project No. 19-084

---

## Part 2: Additional Page

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $169,466.16 |
|---|---|---|---|

**Sunbelt Rentals**

**18200 S Waterloo Rd**

**Cleveland, OH 44119-3225**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$169,466.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Creative Living for Life Project; Project No. 23-085 & Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.378 | **Nonpriority creditor's name and mailing address** | | $50,006.35 |

**Superior Aluminum Products Inc**

**Po Box 430**

**Russia, OH 45363-0430**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$50,006.35

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.379 | **Nonpriority creditor's name and mailing address** | | $21,425.21 |

**Swiss Valley Fence Ltd**

**2411 State Route 39**

**Sugarcreek, OH 44681-9633**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$21,425.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070 & Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

---

| 3.380 | **Nonpriority creditor's name and mailing address** | | unknown |

**TCM Waterproofing LLC**

**4303 Evans Creek Rd Sw**

**Sugarcreek, OH 44681-8027**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Harrison County Home Project; Project No. 21-079

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 115 of 203

## Part 2: Additional Page

**3.381** | Nonpriority creditor's name and mailing address

The Appliance Connection

263 Jefferson Ave

Moundsville, WV 26041-1437

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:** $12,766.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address

The Fedelie Group

5005 Rockside Rd

Independence, OH 44131-2194

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $4,234.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address

The Hartford

Po Box 669016

Dallas, TX 75266-9016

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address

The Hollaender Manufacturing Co

10285 Wayne Ave

Cincinnati, OH 45215-1126

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:** $70,456.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.86**

The Illuminating Company

Po Box 3687

Akron, OH 44309-3687

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,200.00**

The Liberty Textile Company

5600 S Marginal Rd

Cleveland, OH 44103-1038

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

The Lubrizol Corp

29400 Lakeland Blvd

Wickliffe, OH 44092-2201

*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Remarks:
Potential warranty claim for project no. 12-062 (East Campus)

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,001.92**

The Midland Hardware Company

1521 W 117th St

Lakewood, OH 44107-5103

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

## Part 2: Additional Page

**3.389** | **Nonpriority creditor's name and mailing address**

**Thomas Matt Lindsay**

**1362 W 58th St**

**Cleveland, OH 44102-2153**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-116, 1362 W 58th Residence

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.390** | **Nonpriority creditor's name and mailing address**

**Top Notch Cleaning LLC**

**887 National Rd**

**Bridgeport, OH 43912-1464**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project; Project No. 21-070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.391** | **Nonpriority creditor's name and mailing address**

**Top Notch Landscaping & Supply LLC**

**Po Box 6251**

**Wheeling, WV 26003-0726**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No. 22-065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,302.00

---

**3.392** | **Nonpriority creditor's name and mailing address**

**TopCraft Inc**

**172 2nd St Sw**

**Barberton, OH 44203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076 & Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,960.00

24-11126-skk   Doc 1   FILED 03/25/24   ENTERED 03/25/24 14:39:28   Page 118 of 203

## Part 2: Additional Page

**3.393**

**Nonpriority creditor's name and mailing address**

Triad Engineering Inc

10541 Teays Valley Rd

Scott Depot, WV 25560-7483

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.394**

**Nonpriority creditor's name and mailing address**

Trust Builders

Po Box 312

Beaver, WV 25813-0312

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.395**

**Nonpriority creditor's name and mailing address**

Tuck & Seal LLC

5937 Quarry Lake Dr Se

East Canton, OH 44730-9492

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Walgreens Galax VA Project; Project No. 22-055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,848.00

---

**3.396**

**Nonpriority creditor's name and mailing address**

Tucker Ellis, LLP

925 Euclid Ave

Cleveland, OH 44115-1408

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Potential warranty claim for project no. 12-140 (Tenant Improvements).

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

## Part 2: Additional Page

| | |
|---|---|
| **3.397** | |

**3.397** **Nonpriority creditor's name and mailing address**

Uline

Po Box 88741

Chicago, IL 60680-1741

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $95.88
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.398** **Nonpriority creditor's name and mailing address**

Unified Insulation Systems

1920 S Main St

Akron, OH 44301

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $13,770.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.399** **Nonpriority creditor's name and mailing address**

Union Local Board of Education

66779 Belmont Morristown Rd

Belmont, OH 43718-9568

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Remarks: Union Local School District Project; Project No. 20-076

**As of the petition filing date, the claim is:**     $3,362.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.400** **Nonpriority creditor's name and mailing address**

Union Local Board of Education

66779 Belmont Morristown Rd

Belmont, OH 43718-9568

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Remarks:
Potential Future Warranty Claim for Project No. 20-076, Union Loan School District Capital Improvements Project

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:**  Additional Page

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,362.87 |
|---|---|---|---|

**3.401**

Nonpriority creditor's name and mailing address

**United Rentals**

**100 First Stamford Pl Ste 700**

**Stamford, CT 06902-9200**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,362.87

---

**3.402**

Nonpriority creditor's name and mailing address

**United Site Services**

**118 Flanders Rd**

**Westborough, MA 01581-1035**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,519.18

---

**3.403**

Nonpriority creditor's name and mailing address

**University School**

**20701 Brantley Rd**

**Shaker Hts, OH 44122-1929**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 23-078, University
Schools- Middle School Education Pods.
Potential warranty claim for project no. 12-134 (Phase 2A-2-B).

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.404**

Nonpriority creditor's name and mailing address

**Urban Retail Properties**

**1301 E 9th St 3333**

**Cleveland, OH 44114**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-070, Erieview
Tower Elevator Machine Room, 17th Floor

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 121 of 203

| Part 2: | Additional Page |

---

**3.405** Nonpriority creditor's name and mailing address

**Ursuline College**

**2550 Lander Rd**

**Cleveland, OH 44124-4318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential warranty claim for project no. 11-111 (Pilla Learning Ctr.)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.406** Nonpriority creditor's name and mailing address

**US Bank**

**Po Box 790430**

**Saint Louis, MO 63179-0430**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,774.12

---

**3.407** Nonpriority creditor's name and mailing address

**VAS Masonry Inc**

**9960 High County Dr**

**Chardon, OH 44024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Creative Living for Life Project; Project No. 23-085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$227,200.00

---

**3.408** Nonpriority creditor's name and mailing address

**Village of Cadiz**

**Community Improvement Assn**

**128 Court St**

**Cadiz, OH 43907-1175**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Potential Future Warranty Claim for Project No. 17-138, Cadiz
Uptown Bank Building, Fire Damage Repair

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

**3.409** | **Nonpriority creditor's name and mailing address**

WAE Balancing Inc.
_____

15 Tripplewood Dr
_____

Mercer, PA 16137-5049
_____

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

Walton Retirement Home
_____

1245 East Main St.
_____

Barnesville, OH 43713
_____

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Remarks:
Potential warranty claim for project no. 13-065 (renovation)

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

Wayne Garage Door Sales & Service Inc
_____

2150 State Route 39 Nw
_____

Dover, OH 44622-7419
_____

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Remarks: Harrison County Home Project; Project No. 21-079

**As of the petition filing date, the claim is:**                    $21,986.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address**

WB Bercherer Inc
_____

Po Box 3186
_____

Youngstown, OH 44513-3186
_____

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065

**As of the petition filing date, the claim is:**                    $35,330.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$102,000.00**
| **WCCV Floor Coverings LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **11909 Grafton Rd** | ☐ Unliquidated |
| **Grafton, OH 44044-9347** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Remarks: Solon Community Living Project; Project No. 23-084

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,077.60**
| **Wells Fargo Financial Leasing** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 77096** | ☐ Unliquidated |
| **Minneapolis, MN 55480-7796** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**
| **West 25th St Lofts. LLC** | *Check all that apply.* |
| | ☑ Contingent |
| **1526 W 25th St** | ☑ Unliquidated |
| **Cleveland, OH 44113-3104** | ☑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Remarks:
Potential warranty claim for project no. 11-049 (W. 25th St. Lofts).

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$808,207.12**
| **Westland Heating & Air Conditioning** | *Check all that apply.* |
| | ☐ Contingent |
| **26200 1st St** | ☐ Unliquidated |
| **Westlake, OH 44145** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Remarks:
Solon Community Living Project; Project No. 23-084 & Creative
Living for Life Project; Project No. 23-085 & Hose Master Facility
Expansion GMP1 & GMP2 Project; Project No. 22-076

## Part 2:  Additional Page

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,684.80 |

**Williams Scotsman Inc**

**Po Box 91975**

**Chicago, IL 60693-1975**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | | $1,680.80 |

**Wilscot**

**4646 E Van Buren St**

**Phoenix, AZ 85008-6915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Vitalia Senior Living Facility, Highland Heights Project; Project No. 21-067

---

| 3.419 | Nonpriority creditor's name and mailing address | | $398,460.66 |

**Wolf Creek Contracting Co LLC**

**403 Watertown Rd**

**Waterford, OH 45786-5248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Moundsville Municipal Building Project; Project No. 22-078

---

| 3.420 | Nonpriority creditor's name and mailing address | | unknown |

**Woodhill Supply Inc**

**4665 Beidler Rd**

**Willoughby, OH 44094-4645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Highland Heights PD & FD Interior Renovation and HVAC Upgrade Project; Project No. 23-023

**3.421**

**Nonpriority creditor's name and mailing address**

**Woodsfield Savings Bank**

**600 Lewisville Rd**

**Woodsfield, OH 43793-9285**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.422**

**Nonpriority creditor's name and mailing address**

**Woodsfield Savings Bank**

**600 Lewisville Rd**

**Woodsfield, OH 43793-9285**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Potential Future Warranty Claim for Project No. 21-070,
Woodsfield Savings Bank- New Cadiz Branch Building

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.423**

**Nonpriority creditor's name and mailing address**

**Woodsfield Savings Bank**

**600 Lewisville Rd**

**Woodsfield, OH 43793-9285**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:**
Potential Future Warranty Claim for Project No. 16-064,
Woodsfield Savings Bank, 1 Story New Build

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.424**

**Nonpriority creditor's name and mailing address**

**Woodsfield True Value Home Center**

**218 State Route 78**

**Woodsfield, OH 43793**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Monroe County Building Extension; Project No. 21-014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

## Part 2: Additional Page

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Check all that apply.

**Y & W Roofing Ltd**

**8685 Cement Bridge Rd Nw**

**Dundee, OH 44624-8904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Woodsfield Savings Bank-New Cadiz Branch Building Project;
Project No. 21-070

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $333,105.20
Check all that apply.

**Yahn Electric Company Inc**

**113 17th St**

**Wheeling, WV 26003-3603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks:
Wheeling WV Fire Dept New Headquarters Project; Project No.
22-065

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Check all that apply.

**Yoho Construction**

**107 N Paul St**

**Woodsfield, OH 43793-1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: Monroe County Building Extension; Project No. 21-014

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,139.92
Check all that apply.

**York International**

**631 S Richland Ave**

**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: Walgreens Galax VA Project; Project No. 22-055

---

## Part 2: Additional Page

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.429**

**Nonpriority creditor's name and mailing address**

**Zane State College**

**1555 Newark Rd**

**Zanesville, OH 43701-2626**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Potential warranty claim for project no. 12-035 (Cambridge Training Ctr.

---

**3.430**

**Nonpriority creditor's name and mailing address**

**Zavarella Bros Construction**

**Po Box 46983**

**Bedford, OH 44146-0983**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56,097.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Hose Master Facility Expansion GMP1 & GMP2 Project; Project No. 22-076

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Buckingham Doolittle & Burroughs LLP**<br>**Attn: Joshua O'Farrell, Esq.**<br>**4277 Munson St Nw**<br>**Canton, OH 44718-2982** | Line **3.205**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Buckingham Doolittle & Burroughs LLP**<br>**Attn: Joshua O'Farrell, Esq.**<br>**4277 Munson St Nw**<br>**Canton, OH 44718-2982** | Line **3.371**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Mills Mills Fiely & Lucas LLC**<br>**Attn: Laura L. Mills, Esq.**<br>**101 Central Plz S Ste 1200**<br>**Canton, OH 44702-1447** | Line **3.205**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Mills Mills Fiely & Lucas LLC**<br>**Attn: Laura L. Mills, Esq.**<br>**101 Central Plz S Ste 1200**<br>**Canton, OH 44702-1447** | Line **3.371**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Zashin & Rich Co. LPA**<br>**Attn: Matthew Smallwood, Esq.**<br>**950 Main Ave Fl 4**<br>**Cleveland, OH 44113-7215** | Line **3.205**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Zashin & Rich Co. LPA**<br>**Attn: Matthew Smallwood, Esq.**<br>**950 Main Ave Fl 4**<br>**Cleveland, OH 44113-7215** | Line **3.371**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1**    5a. | $0.00 |
| 5b. | **Total claims from Part 2**    5b.   **+** | $24,658,623.38 |
| 5c. | **Total of Parts 1 and 2**    5c. <br> Lines 5a + 5b = 5c. | $24,658,623.38 |

| Fill in this information to identify the case: |
|---|
| Debtor name       PCS & Build LLC |
| United States Bankruptcy Court for the: |
|      Northern District of Ohio |
| Case number (if known):        Chapter   7 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Acumatica Software License | Aktion Associates |
| | | Contract to be REJECTED | Po Box 639594 |
| | State the term remaining | 0 months | Cincinnati, OH 45263-9594 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Goodman Properties |
| | | Contract to be REJECTED | 250 W Main St |
| | State the term remaining | 0 months | St Clairsvle, OH 43950-1070 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commerical Lease | Regus Management Group LLC |
| | | Contract to be REJECTED | 15305 Pallas Pkwy 1200 |
| | State the term remaining | 0 months | Addison, TX 75001-6423 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 131 of 203

Debtor name **PCS & Build LLC**

United States Bankruptcy Court for the: **Northern** District of **Ohio**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | & Build Investors LLC | 6370 Mount Pleasant St Nw <br> Street <br><br> North Canton, OH 44720-5310 <br> City            State            ZIP Code | Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Coon, Jennifer L. | 1742 Monter Ave <br> Street <br><br> Louisville, OH 44641-2506 <br> City            State            ZIP Code | Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Coon, Steven C. | 1742 Monter Ave <br> Street <br><br> Louisville, OH 44641-2506 <br> City            State            ZIP Code | Farmers National Bank of Canfield <br><br> Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Hourglass Holdings LLC | 6370 Mount Pleasant St Nw <br> Street <br> c/o Jamie M. Haren, Agent <br><br> North Canton, OH 44720-5310 <br> City            State            ZIP Code | Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | PCS & Estimate LLC | 6100 Oak Tree Blvd 200 <br> Street <br><br> Independence, OH 44131-2544 <br> City    State    ZIP Code | Farmers National Bank of Canfield <br><br> Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Perticarini Jr, Pietro J. | 5700 Birmingham Rd Ne <br> Street <br><br> Canton, OH 44721-3722 <br> City    State    ZIP Code | Farmers National Bank of Canfield <br><br> Nationwide Mutual Insurance Co. <br><br> Hourglass Holdings LLC <br><br> Steven C. Coon | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.7 | Perticarini, Paula | 5700 Birmingham Rd Ne <br> Street <br><br> Canton, OH 44721-3722 <br> City    State    ZIP Code | Nationwide Mutual Insurance Co. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.8 | PJP Investors LLC | 4400 Easton Cmns # 125way <br> Street <br><br> Columbus, OH 43219-6226 <br> City    State    ZIP Code | Nationwide Mutual Insurance Co. <br><br> Hourglass Holdings LLC <br><br> Steven C. Coon | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.9 | Project & Construction Services Inc. | 6100 Oak Tree Blvd Ste 200 <br> Street <br><br> Independence, OH 44131-6914 <br> City    State    ZIP Code | Nationwide Mutual Insurance Co. <br><br> Hourglass Holdings LLC | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Steven C. Coon | ☐ D ☑ E/F ☐ G |
| 2.10 | Project and Construction Services Inc. | 6100 Oak Tree Blvd Ste 200 <br> Street <br><br> Independence, OH 44131-2544 <br> City  State  ZIP Code | Farmers National Bank of Canfield | ☑ D ☐ E/F ☐ G |
| 2.11 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.12 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.13 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.14 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.15 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

24-11126-skk    Doc 1    FILED 03/25/24    ENTERED 03/25/24 14:39:28    Page 134 of 203

Fill in this information to identify the case:

Debtor name _____ PCS & Build LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Ohio _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................................ | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... | $19,577,271.45

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. | $19,577,271.45

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $720,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+** $24,658,623.38

4. **Total liabilities**.......................................................................................................................................... | $25,378,623.38
   Lines 2 + 3a + 3b

# United States Bankruptcy Court
## Northern District of Ohio

**In re**   PCS & Build LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................................... $20,000.00

Prior to the filing of this statement I have received ............................................................................... $20,000.00

Balance Due ........................................................................................................................................... $0.00

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

filings fees, credit report costs, credit counseling and debtor education fees, and other out of pocket costs. Adversary proceedings and contested matters may be billed at the then applicable hourly rates.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/25/2024 | /s/ Anthony J. DeGirolamo |
|---|---|
| *Date* | Anthony J. DeGirolamo |
| | *Signature of Attorney* |

Bar Number: 0059265
Anthony J. DeGirolamo, Attorney at Law
3930 Fulton Dr., N.W.,Ste.100B
Canton, OH 44718
Phone: (330) 305-9700

Anthony J. DeGirolamo, Attorney at Law
*Name of law firm*

Page 2 of 2

[ case number ]

**& Build Investors LLC**
c/o Pietro J. Perticarini Jr
5700 Birmingjham Rd NE
Canton, OH 44721


**& Build Investors LLC**
6370 Mount Pleasant St Nw
North Canton, OH 44720-5310


**13415 Pennsylvania LLC**
21300 Lorain Rd
Cleveland, OH 44126-2150


**1522 Mentor LLC**
c/o Great Lakes Resources
21300 Lorain Rd
Cleveland, OH 44126-2150


**15500 Broadway LLC**
c/o Great Lakes Resources
21300 Lorain Rd
Cleveland, OH 44126-2150


**312 N 2nd St LLC**
7349 Ravenna Ave
Louisville, OH 44641-9788


**510 E Stuart LLC**
c/o Great Lakes Resources
21300 Lorain Rd
Cleveland, OH 44126-2150


**58 Wise LLC**
21300 Lorain Rd
Cleveland, OH 44126-2150

**84 Lumber**
1019 Route 519
Eighty Four, PA 15330-2813

**A Folino Construction Inc**
109 Dark Hollow Rd
Oakmont, PA 15139

**ABC Supply Co Inc**
1035 Industrial Pkwy
Medina, OH 44256-2448

**Accurate K Floor Systems Inc**
364 W Bowery St
Akron, OH 44307-2538

**Accurate Masonry LLC**
9783 Acton Ct
Cincinnati, OH 45241-3301

**ACO Polymer Products**
12080 Ravenna Rd.
Chardon, OH 44024

**Action Contractors LLC**
100 Northfield Rd
Bedford, OH 44146-4640

**Action Door Company**
201 E Granger Rd
Independence, OH 44131-6728

Adkins & Stang Inc.
1031 Meta Dr
Cincinnati, OH 45237-5007


Advanced Industrial Roofing
Inc
1330 Erie St S
Massillon, OH 44646-7906


AFLAC
1932 Wynnton Rd
Columbus, GA 31999-0001


AIC Contracting Inc.
12100 Mosteller Rd Ste 100
Cincinnati, OH 45241-6405


Airs Company LLC
18795 Munn Rd
Chagrin Falls, OH 44023-6262


Aktion Associates
Po Box 639594
Cincinnati, OH 45263-9594


Albright Plumbing Inc.
Po Box 168
Wooster, OH 44691-0168


All Construction Services LLC
945 Industrial Pkwy N
Brunswick, OH 44212-4321

Alta Protection Services LLC
1130 E Main St # 140
Ashland, OH 44805-2832


American Electric Power
Po Box 371496
Pittsburgh, PA 15250-7496


American Glass & Mirror
Company
2070 Park Ave
Washington, PA 15301-8129


American Plate Glass Inc
75 Heiskell Ave
Wheeling, WV 26003-6091


Americut Coring & Sawing Inc
365 Helen Dr
Vermilion, OH 44089-2503


Amitel Colonial, LLC
c/o/ Moreland Management Co.
6095 Parkland Blvd Ste 300
Cleveland, OH 44124


Angel Guzman Sigrist
608 Grant St
Chenoa, IL 61726-1419


Apple Mobile Leasing
2871 W 130th St
Hinckley, OH 44233-9547

Architect Sales Inc
11156 Deerfield Rd
Blue Ash, OH 45242-2022

Aris Company
Po Box 23097
Chagrin Falls, OH 44023-0097

Atlantic Specialty Insurance
Co
The Guarantee Company of North
America
1 Towne Sq Ste 1470
Southfield, MI 48076-3725

Atlantic Specialty Insurance
Co
605 Highway 169 N
Minneapolis, MN 55441-6407

Atlas Portable Space
Solutions
4480 US Route 20
Oberlin, OH 44074

Atlas Rent-A-Fence
Po Box 16188
Pittsburgh, PA 15242-0188

Atlas Wholesale Supply Inc
Po Box 16188
Pittsburgh, PA 15242-0188

Atwell LLC
7100 E Pleasant Valley Rd Ste 220
Independence, OH 44131-5559

Auman Mahan & Furry
Attn: Richard L. Carr, Esq.
110 N Main St Ste 1000
Dayton, OH 45402-3703

Aurora City School District
102 E Garfield Rd
Aurora, OH 44202-8854

Aurora City Schools
102 E Garfield Rd
Aurora, OH 44202-8854

Axis Plumbing Inc.
5533 State Rd
Cleveland, OH 44134-2256

Aztec Services Group
3814 William P Dooley Byp
Cincinnati, OH 45223-2664

Baird Brothers Sawmill Inc
7060 Crory Rd
Canfield, OH 44406-9719

Baldwin Wallace University
400 N Rocky River Dr
Berea, OH 44017-1673

Bales Construction Inc
5264 Lear Nagle Rd
North Ridgeville, OH 44039

Barnesville Area Education
Foundation
932 Shamrock Dr
Barnesville, OH 43713-9116


Barnesville Hospital
639 W Main St
Barnesville, OH 43713-1039


Bassett Sprinkler Protection
Inc
4250 W 130th St
Cleveland, OH 44135-4870


Beacon Health
5930 Heisley Rd
Mentor, OH 44060-1834


Belmont Mills
400 S Jefferson St
Belmont, OH 43718


Biedenbach Surveying LLC
114 Adams Ave
Woodsfield, OH 43793-1065


Birch Group LLC
1970 N Cleveland Massillon Rd Unit 224
Bath, OH 44210-5311


Bishop Road Fee Owner LLC
305 Bishop Rd
Cleveland, OH 44143

Bishop Road Fee Owner LLC
33095 Bainbridge Rd
Solon, OH 44139-2834

Blackie & Son Excavating
Po Box 106
Hopedale, OH 43976-0106

Borchert Fence Company Inc
2751 E 55th St
Cleveland, OH 44104-2847

Brand Safway Industries, LLC
Global Corporate Headquarters
600 Galleria Pkwy Se Ste 1100
Atlanta, GA 30339-8102

Brewer & Company of WV Inc
3601 7th Ave
Charleston, WV 25387-2235

Brian Clark
47022 W Hamilton St
Oberlin, OH 44074-9431

Brian Clark
409 Haines St
Elyria, OH 44035-8499

Brian's Refrigeration Inc
38275 Lakeview Rd
Sardis, OH 43946-9716

Bricker Construction LLC
7990 Bricker Rd Nw
Massillon, OH 44646-9032

Bricker Grayson LLP
Attn: Benjamin B. Hyden, Esq.
201 E 5th St Ste 1110
Cincinnati, OH 45202-4135

Bridgeport Equipment & Tool
500 Hall St
Bridgeport, OH 43912-1324

Broadview Development
Company
612 Market Ave S
Canton, OH 44702-2114

Bronco Excavating, Inc.
c/o Joseph P. Kulifay
280 Donald Dr
Fairfield, OH 45014-3007

Buckeye Mechanical
Contractors Inc.
2351 County Road 22a Unit 1
Bloomingdale, OH 43910-7928

Buckeye Steel Inc
607 Watt Ave
Barnesville, OH 43713-1272

Buckingham Doolittle &
Burroughs LLP
Attn: Joshua O'Farrell, Esq.
4277 Munson St Nw
Canton, OH 44718-2982

Builders Hardware
2002 W 16th St
Erie, PA 16505


Burkholder Carpentry LLC
12702 Mumford Rd
Garrettsville, OH 44231-9692


Burkholder Woodworking LLC
12702 Mumford Rd
Garrettsville, OH 44231-9692


Burkshire Construction
6033 State Rd
Cleveland, OH 44134-2869


Butler Co Prosecuting
Attorney
Attn: Dan L. Ferguson, Esq.
Po Box 515
Hamilton, OH 45012-0515


Butler County Port Authority
315 High St
Hamilton, OH 45011-6056


Butler County Treasurer
315 High St Fl 10
Hamilton, OH 45011-6069


C.T. Taylor Company, Inc.
5802 Akron Cleveland Rd
Hudson, OH 44236-2010

Caldwells Windoware Inc
166 Wabash St
Pittsburgh, PA 15220-5404

Campus Pollyeyes Express
LLC
403 Rutledge Ct
Perrysburg, OH 43551-5204

Caparella-Kraemer &
Associates LLC
Attn: Todd D. Williams, Esq.
4841a Rialto Rd
West Chester, OH 45069-2910

Carpets by Jamison LLC
4100 Jacob St
Wheeling, WV 26003-4346

Carter Lumber
Po Box 40
Kent, OH 44240-0001

Carvers Electric Plumbing &
Heating Inc
214 Broughton Ave
Marietta, OH 45750-9509

Cattrell Companies Inc
906 Franklin St
Toronto, OH 43964-1152

Cavanaugh Electric Co
37261 Capel Rd
Grafton, OH 44044-9474

**CentiMark Corporation**
2100 Conner Rd Ste 260
Hebron, KY 41048-8155


**Central Bank & Trust Co**
300 W Vine St
Lexington, KY 40507-1621


**Chagrin Woods LLC**
1 Victoria Pl Ste 300
Painesville, OH 44077-3406


**Champion Mill Investor LLC**
c/o Nixon Peabody LLP
70 W Madison St Ste 5200
Chicago, IL 60602-4378


**Champion Mill Land LLC**
2913 Spooky Nook Rd
Manheim, PA 17545-9149


**Charles Clark**
1120 E Kennedy Blvd Unit 1212
Tampa, FL 33602


**Charter Cuyahoga LLC**
1190 Interstate Pky.
Augusta, GA 30909


**CIC of Hamilton County**
345 High St
Hamilton, OH 45011-6071

Cincinnati Floor Company Inc
5162 Broerman Ave
Cincinnati, OH 45217-1140

City of Cleveland Div of
Taxation
c/o Central Collection Agency
205 W Saint Clair Ave
Cleveland, OH 44113-1503

City of Hamilton Utilities
345 High St
Hamilton, OH 45011-6071

City of Highland Heights
5827 Highland Rd
Cleveland, OH 44143-2017

City of Moundsville
800 6th St
Moundsville, WV 26041-3504

City of Wheeling
1500 Chapline St
Wheeling, WV 26003-3553

Cleveland Clinic Foundation
Clinic Construction Management
9500 Euclid Ave
Cleveland, OH 44195-0001

Cleveland Custom Paint Inc.
15705 White Linen Dr
Bradenton, FL 34211-1423

Cleveland Institute of Art
11616 Euclid Ave
Cleveland, OH 44106

Cleveland Vicon Company Inc
4550 Willow Pkwy
Cleveland, OH 44125-1046

CLP Services
Po Box 378
Bolivar, OH 44612-0378

Collins Roche Utley & Gamer
LLC
Attn: Richard M. Garner, Esq.
655 Metro Pl S Ste 200
Dublin, OH 43017-5352

Colonial Life
Po Box 1365
Columbia, SC 29202-1365

Columbia Building Products
Co Inc
25961 Elm St
Olmsted Falls, OH 44138-1615

Comcast
Po Box 70219
Philadelphia, PA 19176-0219

Commerce Plumbing
Companuy
5182 Richmond Rd
Bedford, OH 44146-1349

Commercial Lock & Door
7653 Saint Clair Ave
Mentor, OH 44060-5235


Commerical Dock & Door
7653 Saint Clair Ave
Mentor, OH 44060-5235


Compass Insulation &
Specialty Coatings
4832 Payne Ave
Cleveland, OH 44103-2443


Conrad & Sons LLC
38950 Deersville Ridge Rd
Cadiz, OH 43907-9544


Construction Equipment &
Supply
Po Box 436
Sandusky, OH 44871-0436


Construction Management
Assn of America
7926 Jones Branch Dr Ste 800
Mc Lean, VA 22102-3327


Construction Specialties
49 Meeker Ave
Cranford, NJ 07016-3163


Construction Support
Solutions LLC
525 Avon Belden Rd Ste 1
Avon Lake, OH 44012-4101

Coon Restoration & Sealants
Inc
7349 Ravenna Ave
Louisville, OH 44641-9788

Jennifer L. Coon
1742 Monter Ave
Louisville, OH 44641-2506

Steven C. Coon
1742 Monter Ave
Louisville, OH 44641-2506

Cooper Disposal
6415 Granger Rd # 200
Independence, OH 44131-1413

Crawford Cleaning
1299 Monroe Rd
Wakeman, OH 44889-9442

Creative Living for Life Inc
232 N Court St
Medina, OH 44256-1925

CT Taylor Construction Inc
5802 Akron Cleveland Rd
Hudson, OH 44236-2010

Cubesmart
5440 S Marginal Rd
Cleveland, OH 44114-3987

Culligan of Cleveland
4722 Spring Rd
Independence, OH 44131-1027


Cuyahoga Community College
700 Carnegie Ave
Cleveland, OH 44115-2833


Cuyahoga County Public
Library
2111 Snow Rd
Cleveland, OH 44134-2728


CW Fab LLC
3545 Law Rd
Oxford, OH 45056-9043


Dalton Building Enclosures
5064 Corbin Dr
Cleveland, OH 44128-5414


Daniel's Fence
3149 State Route 59
Ravenna, OH 44266-1751


Dempsey Surveying Company
12815 Detroit Ave
Lakewood, OH 44107-2835


Dinsmore & Shohl LLP
Attn: Kelly E. Pitcher, Esq.
255 E 5th St Ste 1900
Cincinnati, OH 45202-4720

Dinsmore & Shohl LLP
Attn: Mark G. Arnzen, Esq.
255 E 5th St Ste 1900
Cincinnati, OH 45202-4720

Diversified Storage Solutions
Inc
56 Buttonwood St
Norristown, PA 19401-4454

DJS Maintenance &
Construction Co Inc
9921 Dolphin St Sw
Beach City, OH 44608-9331

Dover Cabinets Industries
1568 State Route 39 Nw
Dover, OH 44622-7346

Dr Aydin Cabi
160 W Garfield Rd
Aurora, OH 44202-6507

Drywall Enterprises LLC
2415 Directors Row A
Indianapolis, IN 46241-4940

Dubick Fixture & Supply Inc
6201 Euclid Ave
Cleveland, OH 44103-3723

E & J Trailer Sales & Service
Inc
610 Wayne Park Dr
Cincinnati, OH 45215-2847

E.J. Robinson
5618 Center Hill Ave
Cincinnati, OH 45216-2306

Electric Fireplaces Direct
217 N Seminary St
Florence, AL 35630-6526

Emily Britton
965 Township Road 1514
Ashland, OH 44805

Empire Paving LLC
4620 Johnston Pkwy
Cleveland, OH 44128-3219

ENG Heating & Cooling Inc
830 Tryon Ave
Akron, OH 44310-4123

Enterprise Door & Supply
Company
8790 Twinbrook Rd
Mentor, OH 44060-4333

Environmental Stoneworks
2699 Center Rd
Hinckley, OH 44233-9562

EquipmentShare.com Inc
5710 Bull Run Dr
Columbia, MO 65201-2860

Erieview Tower & Parking LLC
c/o Minshall Development Co
1301 E 9th St 333
Cleveland, OH 44114-1804


Erieview Tower & Parking LLC
c/o RAIT Partnership LP
2 Logan Sq Fl 23
Philadelphia, PA 19103-2734


Euclid Glass & Door, Inc.
4560 Glenbrook Rd
Willoughby, OH 44094-8214


Everhart Glass Co Inc
207 9th St Sw
Canton, OH 44702-2133


Excel Fluid Group LLC
5350 W 137th St
Brookpark, OH 44142-1811


F Defrank & Son Custom
Cabinets Inc
539 Industrial Park Rd
Smock, PA 15480


Fabcon Precast LLC
3400 Jackson Pike
Grove City, OH 43123-8993


Fabric Showcase LLC
22008 Lorain Rd
Cleveland, OH 44126-3313

Fabrizi Trucking & Paving Co
Inc
20389 1st Ave
Cleveland, OH 44130-2433


Fairborn Equipment Midwest
5155 Financial Way Ste 13
Mason, OH 45040


Famous Supply
26201 Richmond Rd
Bedford, OH 44146-1400


Farmers National Bank of
Canfield
20 S Broad St
Canfield, OH 44406-1401


Fastsigns
2102 Saint Clair Ave Ne
Cleveland, OH 44114-4047


Fayette County Schools
111 Fayette Ave
Fayetteville, WV 25840-1219


Fayette Drywall
16 N Dutoit St
Dayton, OH 45402-2291


Feldkamp Enterprises
3642 Muddy Creek Rd
Cincinnati, OH 45238-2044

Ferrellgas LP
1 Liberty Plz
Liberty, MO 64068-2970

Firelock Ultra Modum
Industries
2427 Route 143
Kempton, PA 19529-8848

Five Star Quality Cleaning
Services LLC
1376 W 95th St
Cleveland, OH 44102-1732

Flag Floors of Barnesville LLC
324 S Chestnut St
Barnesville, OH 43713-1325

Foran Glennon Palandech
Ponzi Rudloff PC
Attn: Michael S. Errera, Esq.
222 N La Salle St Ste 1400
Chicago, IL 60601-1059

Formtech Concrete Forms Inc
975 Ladd Rd
Walled Lake, MI 48390-3029

Fort Henry LLC
32 20th St Ste 100
Wheeling, WV 26003-3746

Foundation Building Materials
Inc
2520 Redhill Ave
Santa Ana, CA 92705-5542

Foundation Steel
12525 Airport Hwy
Swanton, OH 43558-9613


Frantz Ward LLP
200 Public Sq Ste 300
Cleveland, OH 44114-2328


Fred & Sons Inc
11680 Hawke Rd
Columbia Sta, OH 44028-9192


Fredericksburg Fence LLC
8619 Carr Rd
Fredericksbrg, OH 44627-9211


Fresh Starts with KC LLC
135 N 10th St
Wheeling, WV 26003-6972


Frontier North Inc
Po Box 740407
Cincinnati, OH 45274-0407


Frost Brown Todd LLP
Attn: J. Maxwell Williams, Esq.
301 E 4th St Ste 3300
Cincinnati, OH 45202-4257


Frost Brown Todd LLP
Attn: Brad S. Keeton, Esq.
250 W Main St Ste 2800
Lexington, KY 40507-1706

FTI Consulting Inc
Po Box 418005
Boston, MA 02241-0885


Functional Building Supply
Company
18598 Cranwood Pkwy
Cleveland, OH 44128-4034


Fusion Safety & Business
Solutions Inc
10925 Reed Harman Rd 114
Cincinnati, OH 45242


Garaventa USA Inc
401 Elmwood Ave
Sharon Hill, PA 19079-1016


Garbo Third Company Corp
7580 Plaza Blvd
Mentor, OH 44060-5202


Gateway Electric LLC
4450 Johnston Pkwy
Cleveland, OH 44128-2900


GE Williams Inc
502 Watt Ave
Barnesville, OH 43713-1241


George Steel Fabricating Inc
c/o Kevin J. Nickell
1207 S Us Route 42
Lebanon, OH 45036

God is Good LLC
c/o Kris Liptak
2273 Bent Branch Ct
Akron, OH 44333-5006

Goodman Properties
250 W Main St
St Clairsvle, OH 43950-1070

Grae-Con Electric LLC
101 Industry Rd
Marietta, OH 45750-9355

Granex Industries Inc
32400 Aurora Rd
Solon, OH 44139-2848

Gratton Building Specialties
Inc
7560 Tyler Blvd G
Mentor, OH 44060-9402

Graves Lumber Company
Po Box 14870
Copley, OH 44321-4870

Great Lakes Crushing Ltd
30831 Euclid Ave
Wickliffe, OH 44092

Great Lakes Electric
12 N Main St
Milan, OH 44846-9733

Great Lakes Restoration
213 Market Ave N
Canton, OH 44702-1443

Grove Construction Ltd.
6899 County Road 672
Millersburg, OH 44654-8349

Guardian Title & Guaranty
Agency Inc
5320 Hoag Dr C
Sheffield Vlg, OH 44035-0615

Gunton Corporation
dba Pella Window and Door Company
26150 Richmond Rd
Bedford, OH 44146-1438

Hahn Loeser & Parks LLP
Attn: Rob Remington, Esq.
200 Public Sq Ste 2800
Cleveland, OH 44114-2306

Hahn Loeser & Parks LLP
Attn: Timothy J. Cole, Esq.
65 E State St
Columbus, OH 43215-4213

Hahn Loeser & Parks LLP
Attn: Royce Remington, Esq.
200 Public Sq Ste 2800
Cleveland, OH 44114-2306

Hamilton Community
Foundation Inc
c/o Parrish Marcum & Trokhan Co LPA
300 High St Ste 800
Hamilton, OH 45011-6066

Hanna Commercial Real
Estate
1350 Euclid Ave Ste 700
Cleveland, OH 44115-1889


Hardwood Lumber Co
Po Box 15
Middlefield, OH 44062-0015


Harrington Refrigeration & AC
Co Inc
11298 Sebring Dr
Cincinnati, OH 45240-4601


Harrison Community Hospital
951 E Market St
Cadiz, OH 43907-9799


Harrison County
Commissioners
100 W Market St
Cadiz, OH 43907


Hartland & Wilken Heating &
Cooling
9507 Milan Rd
Milan, OH 44846-9574


Hastings Home Builders
6873 Stearns Rd
Olmsted Twp, OH 44138-1128


Health Enhancement Center
8615 Commerce Dr Ste 4
Easton, MD 21601-7421

Heights Constructors Ltd
459 Morgan Ave
Akron, OH 44311-2431

Heinen's Inc.
4540 Richmond Rd
Cleveland, OH 44128-5757

Henderson Covington
Messenger Newman &
Thomas Co LPA
Attn: Jerry M. Bryan, Esq.
6 Federal Plaza Central Ste 1300
Youngstown, OH 44503-1508

Hercules Fire Protection &
Plumbing LLC
35478 Lorain Rd
N Ridgeville, OH 44039-4461

HGC Construction Co.
c/o CT Corporation System
2814 Stanton Ave
Cincinnati, OH 45206-1123

High Tech Pools Inc
31330 Industrial Pkwy
North Olmsted, OH 44070-4787

Hightech Performance
Coatings LLC
3609 Linden Ave
Dayton, OH 45410-3024

Hinshaw & Culbertson LLP
Attn: Hillary Weigle, Esq.
151 N Franklin St Ste 2500
Chicago, IL 60606-1915

Historic Mill Land 2 LLC
2913 Spooky Nook Rd
Manheim, PA 17545-9149

Hose Master LLC
1233 E 222nd St
Euclid, OH 44117-1104

Hourglass Holdings LLC
c/o Jamie M. Haren, Agent
6370 Mount Pleasant St Nw
North Canton, OH 44720-5310

Hranec Corporation
763 Route 21
Uniontown, PA 15401

Hyatt Legal Plans
1111 Superior Ave E
Cleveland, OH 44114-2522

Idaho Attorney General
Po Box 83720
Boise, ID 83720-0003

Idaho State Tax Commission
Po Box 36
Boise, ID 83722-0036

Impact Building Solutions
3745 Medina Rd E
Medina, OH 44256-9510

Infrastructure Strategies
79100 Hirt Rd
Cadiz, OH 43907-9446


Intact Insurance Surety
Group
Attn: Ashlee Rudnick
1 Towne Sq Ste 1470
Southfield, MI 48076

Intact Insurance Surety
Group
Attn: Terry Dahl
1 Towne Sq Ste 1470
Southfield, MI 48076

Integrated Business Systems
6909 Engle Rd Ste 20
Cleveland, OH 44130-3484


Intek Construction Products
Inc
4591 Hinckley Industrial Pkwy
Cleveland, OH 44109-6009


Interco Division 10 Ohio Inc
3600 Brookham Dr D
Grove City, OH 43123-4851


Interior Supply Inc
481 E 11th Ave
Columbus, OH 43211


Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

Invision Staffing Solutions
LLC
2832 Shallowford Rd Ne
Canton, OH 44721-2751


Invision Strategic Services
2832 Shallowford Rd Ne
Canton, OH 44721-2751


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH 44199-9904


IUOE Local 18
3515 Prospect Ave E
Cleveland, OH 44115-2648


J & K Door & Hardware Inc
109 Curry Hollow Rd
West Mifflin, PA 15122-2636


J & R Excavating Inc
4676 Waynesburg Pike Rd
Moundsville, WV 26041-1989


Jack & Ronni Bialosky
37840 Jackson Rd
Chagrin Falls, OH 44022


Jack A Hamilton & Associates
Inc
342 High St
Flushing, OH 43977

Jai Guru, LLC
3045 Olentangy Rd
Columbus, OH 43202-1516

Jani-King of Cleveland
9075 Town Centre Dr Ste 200
Broadview Hts, OH 44147-4045

JBR Construction Corp
PO Box 854439
Chagrin Falls, OH 44022

Jerry Gust Masonry &
Concrete Inc
47267 State Route 536
Clarington, OH 43915-9705

Jimmy'z Custom Tinting LLC
1605 State Route 60 # 21
Vermilion, OH 44089-9141

JMG Construction of Tusc
County Ltd
2555 Pyle Rd Nw
Dover, OH 44622-7202

John Carroll University
1 John Carroll Blvd
Cleveland, OH 44118-4538

Johns Lawns
211 W Warren St
Cadiz, OH 43907-1164

Johnson Boiler Works Inc
53 Marshall St N
Benwood, WV 26031-1010


Kalkreuth Roofing & Sheet
Metal Inc
53 14th St Ste 100
Wheeling, WV 26003-3433


Kanawha County Schools
200 Elizabeth St
Charleston, WV 25311-2119


Kapton Caulking & Building
Restoration
6500 Harris Rd
Broadview Hts, OH 44147-2978


Karras Painting LLC
2408 Eoff St
Wheeling, WV 26003-3918


Kein Concrete Contractors LLC
4175 W Old Lincoln Way
Wooster, OH 44691-3241


Kelley & Carpenter Roofing &
Sheet Mtl
507 Maple Ave
Hamilton, OH 45011-6021


Kelley Brothers Roofing Inc
4905 Factory Dr
Fairfield, OH 45014-1916

Kevin Lawlor
609 Cedar Crest Dr
Elyria, OH 44035-8983


KSGR Solutions LLC
64700 Barnesville Hendrysburg Rd
Barnesville, OH 43713-9623


KT's Custom Logos
602 South St C3
Chardon, OH 44024-1499


Kusler Masonry Inc.
23 Noblestown Rd
Carnegie, PA 15106-1632


Lake Erie Electric, Inc.
25730 First St
Westlake, OH 44145


Lake Erie Landscape LLC
7616 Connecticut Ave
Cleveland, OH 44105-5902


Lakeland Electric Inc
5350 Grant Ave
Cleveland, OH 44125-1036


Lakewood CC
2613 Bradley Rd
Westlake, OH 44145-1706

Lehn Painting Inc
4175 Taylor Rd
Batavia, OH 45103-9792


LGBT Community Center of
Greater CLE
6600 Detroit Ave
Cleveland, OH 44102-3016


Lindhorst & Dreidame Co LPA
Attn: Barry F. Fagel, Esq.
312 Walnut St Ste 3100
Cincinnati, OH 45202-4048


Lithko Contracting LLC
5353 Hamilton Middletown Rd
Liberty Twp, OH 45011-2407


Litman Enterprises LLC
39653 State Route 7
Sardis, OH 43946-9807


LM Construction Inc.
Po Box 339
St Clairsvle, OH 43950-0339


Logan County Schools
Po Box 477
Logan, WV 25601-0477


Lowes
PO Box 530954
Saint Clairsville, OH 43950

Luper Neidenthal & Logan LPA
Attn: Matthew T. Anderson
1160 Dublin Rd Ste 400
Columbus, OH 43215-1052


M & H Mechanical
1463 Fancy Gap Rd
Mount Airy, NC 27030-1821


M Neff Consultants LLC
6830 Chaffee Ct
Brecksville, OH 44141-2467


Mack Plumbing & Hydronics
Inc
19561 Miles Rd
Cleveland, OH 44128-4111


Mail Boxes by Design Inc
6257 State Route 132
Goshen, OH 45122-9267


Manier & Herod
Attn: Melissa Jane Lee, Esq.
1201 Demonbreun St Ste 900
Nashville, TN 37203-5078


Mars Electric Company
6655 Beta Dr Ste 200
Cleveland, OH 44143-2380


Marshall County Board of
Education
2700 Fourth St
Moundsville, WV 26041

Marshall Cty Board of
Education
2700 Fourth St.
Moundsville, WV 26041

Maryland Attorney General
200 Saint Paul Pl
Baltimore, MD 21202-5994

Maryland Dept of
Assessments & Taxation
301 W Preston St
Baltimore, MD 21201-2305

McAndrews Windows & Glass
820 State Ave
Cincinnati, OH 45204-1598

McDonald Hopkins LLC
300 N La Salle Dr Ste 1400
Chicago, IL 60654-3474

MCPC Inc.
PO Box 643283
Pittsburgh, PA 15264

Meaden & Moore
1375 E 9th St Ste 1800
Cleveland, OH 44114-1790

Menard Inc
150 E Main St # 500
Carnegie, PA 15106-2437

Meridas Professional Grounds
Care LLC
Po Box 1864
West Chester, OH 45071-1864


Mid-Mountain Heating &
Cooling
1217 Orby Cantrell Hwy
Big Stone Gap, VA 24219-4425


Might Air Ducts Inc
26285 Broadway Ave Ste 5
Bedford, OH 44146-6541


Miller and Company
2400 Shepler Church Ave Sw
Canton, OH 44706-4112


Millikin & Fitton Law Firm
Attn: Steven A. Tooman, Esq.
9032 Union Centre Blvd Ste 200
West Chester, OH 45069-4989


Millikin & Fitton Law Firm
Attn: Thomas A. Dierling, Esq.
9032 Union Centre Blvd Ste 200
West Chester, OH 45069-4989


Mills Mills Fiely & Lucas LLC
Attn: Laura L. Mills, Esq.
101 Central Plz S Ste 1200
Canton, OH 44702-1447


Miter Masonry Contractors Inc
421 Maple Ave
Arlington Hts, OH 45215-5425

Mobile Air & Power Rentals
Po Box 734443
Chicago, IL 60673-4443

Mobile Mini
4646 E Van Buren St
Phoenix, AZ 85008-6915

Modern Poured Walls Inc
41807 State Route 18
Wellington, OH 44090-9677

Monroe County
Commissioners
101 N Main St
Woodsfield, OH 43793-1070

More Than Blinds LLC
8255 Mentor Ave
Mentor, OH 44060-5730

Morrison Inc
410 Colegate Dr
Marietta, OH 45750-9549

MOS Office Systems
3153 Belmont St
Bellaire, OH 43906-1518

Mountaintop Construction
Services LLC
Po Box 11
Valley Grove, WV 26060-0011

Muda Construction
112327 LaGrange Rd
Elyria, OH 44035

Mullin Bros Construction
Services
1300 E 260th St
Euclid, OH 44132-2816

Municipal Brew Works
20 High St
Hamilton, OH 45011-2709

Muskingum County
Commissioners
401 Main St
Zanesville, OH 43701-3519

National Carpet Mill Outlet Inc
2255 Medina Rd
Medina, OH 44256-9827

National Granite Luxuries
2255 Medina Rd
Medina, OH 44256-9827

Nationwide Mutual Insurance
Co
1100 Locust St Dept 2006
Des Moines, IA 50391-2006

Nationwide Mutual Insurance
Co
1 Nationwide Plz
Columbus, OH 43215-2226

Nationwide Mutual Insurance
Co.
250 Greenwich St Fl 37
New York, NY 10007-2325


Neifer Carpentry LLC
22 Henry St
Norwalk, OH 44857-2407


NF Mansuetto & Sons Inc
116 Wood St
Martins Ferry, OH 43935-1710


Nicholas County Schools
400 Old Main Dr
Summersville, WV 26651-1360


Nitro Construction Services
Inc
4300 1st Ave
Nitro, WV 25143-1096


North Carolina Attorney
General
9001 Mail Service Ctr
Raleigh, NC 27699-9000


North Carolina Dept of
Revenue
Attn: Bankruptcy Unit
Po Box 1168
Raleigh, NC 27602-1168


North Star Plaza Ltd
c/o Great Lakes Resources
21300 Lorain Rd
Cleveland, OH 44126-2150

Northern Window & Door Inc
893 Eastwind Dr
Westerville, OH 43081-3328


OEC Rentals
Po Box 177
Oakdale, PA 15071-0177


Ohio Attorney General
Attn: Bankr Mgr Collections Enfmt
30 E Broad St Fl 14
Columbus, OH 43215-3414


Ohio Awning & Manufacturing
Company
5777 Grant Ave
Cleveland, OH 44105-5605


Ohio Bureau of Workers
Compensation
Attn: Law Section Bankruptcy Unit
Po Box 15567
Columbus, OH 43215-0567


Ohio CAT
4476 Applegrove St Nw
North Canton, OH 44720-7069


Ohio Department of Jobs &
Family Service
Attn: Donn D Rosenblum
Po Box 182404
Columbus, OH 43218-2404


Ohio Department of Taxation
Attn: Bankruptcy Division
Po Box 530
Columbus, OH 43216-0530

Ohio Hardware Furniture LLC
9933 Lattasburg Rd
West Salem, OH 44287

Ohio Machinery Co
Po Box 854439
Minneapolis, MN 55485-4439

Ohio Temporary Heating & Air
271 W Greenwich Rd
Seville, OH 44273-8880

Ohio Valley Medical Center
2000 Eoff St
Wheeling, WV 26003-3823

Ohio Valley Reclaimed Wood
2051 Riggle Rd
Bellville, OH 44813-9163

OK Interiors Corp
11100 Ashburn Rd
Cincinnati, OH 45240-3813

Old Republic General
Insurance Corp
307 N Michigan Ave Ste 600
Chicago, IL 60601-5309

Old Republic Surety Company
445 S Moorland Rd Ste 200
Brookfield, WI 53005-4203

Olney Friends School
61830 Sandy Ridge Rd
Barnesville, OH 43713-9404


Osborn Engineering
1300 E 9th St Ste 1500
Cleveland, OH 44114-1573


Overhead Door Company Inc
400 Poplar St
Pittsburgh, PA 15223-2221


Owens Flooring Company
38270 Airport Pkwy
Willoughby, OH 44094-8023


P and J Sanitation
8039 Pyle Rd
Amherst, OH 44001


PA Turnpike Toll by Plate
Po Box 645631
Pittsburgh, PA 15264-5254


Pacific Columns Inc.
5765 Horizon Rd
Rockwall, TX 75032


Parrish Marcum & Trokhan Co
LPA
Attn: Lee H. Parrish
300 High St Ste 800
Hamilton, OH 45011-6066

PCS & Estimate LLC
6100 Oak Tree Blvd 200
Independence, OH 44131-2544


Peerless Electric Co Inc
7325 Production Dr
Mentor, OH 44060


Pennsylvania Attorney
General
Strawberry Sq, 16th Flr
Harrisburg, PA 17120


Pennsylvania Department of
Revenue
Po Box 280904
Harrisburg, PA 17128-0904


Perry Interiors Inc
4054 Clough Woods Dr
Batavia, OH 45103-2586


Perticarini Jr, Pietro J.
5700 Birmingham Rd Ne
Canton, OH 44721-3722


Paula Perticarini
5700 Birmingham Rd Ne
Canton, OH 44721-3722


Pete & Pete Container
Services Inc
4830 Warner Rd
Cleveland, OH 44125-1119

**Peterson Contractors Inc**
Po Box A
Reinbeck, IA 50669-0155

**Petticord & Son Inc.**
185 E Cardinal Ave
Wheeling, WV 26003-2601

**PJP Investors LLC**
c/o Hourglass Holdings LLC
6370 Mount Pleasant St Nw
North Canton, OH 44720-5310

**PJP Investors LLC**
4400 Easton Cmns # 125way
Columbus, OH 43219-6226

**Platform Cement Inc**
7503 Tyler Blvd
Mentor, OH 44060-5403

**PNC Bank**
Two PNC Plaza
620 Liberty Ave
Pittsburgh, PA 15222-2722

**Precision Sign & Awning Inc**
3 Glass St
Carnegie, PA 15106-2401

**Premier Asphalt Paving Co**
10519 Royalton Rd
N Royalton, OH 44133-4401

Premier Metals LLC
2401 County Road 144
Sugarcreek, OH 44681-9662

Principal Financial Group
Po Box 777
Des Moines, IA 50303-0777

Pro Air Solutions LLC
2165 Lakeside Ave E
Cleveland, OH 44114-1124

Project & Construction
Services Inc.
6100 Oak Tree Blvd Ste 200
Independence, OH 44131-6914

Project and Construction
Services Inc.
6100 Oak Tree Blvd Ste 200
Independence, OH 44131-2544

Quality Control Construction
LLC
7681 Congress Rd
Lodi, OH 44254-9769

Quality Painting
250 Wallens Ridge Blvd W
Big Stone Gap, VA 24219-2704

Quality Steel Erecting Inc
Po Box 539
St Clairsvle, OH 43950-0539

**R.E. Middleton Construction**
503 W Main St
Mason, OH 45040-1625

**R.M. Riggle Enterprises Inc.**
879 W Bagley Rd
Berea, OH 44017-2903

**Raleigh County Schools**
105 Adair St
Beckley, WV 25801-3733

**RAM Construction Services**
100 Corporation Ctr Blg 4
Broadview Heights, OH 44147

**Rapier & Bowling Co LPA**
Attn: Kyle M. Rapier, Esq.
315 S Monument Ave
Hamilton, OH 45011-2925

**RayHaven Group Inc**
3842 Congress Pkwy Apt 7a
Richfield, OH 44286-9745

**Raze International Inc**
4295 Central Ave
Shadyside, OH 43947-1276

**RB Stout Inc**
1285 N Cleveland Massillon Rd
Akron, OH 44333-1805

Regus Management Group
LLC
15305 Pallas Pkwy 1200
Addison, TX 75001-6423


Reliable Cabinets Inc.
45300 Us Highway 20
Oberlin, OH 44074-9262


Reminger Co LPA
Attn: Zachary R. Durant, Esq.
200 Public Sq Ste 1200
Cleveland, OH 44114-2330


Resolute Industrial LLC
298 Messner Dr
Wheeling, IL 60090-6436


Rich J Frantz Masonry
175 Tent Church Rd
Uniontown, PA 15401-6801


Richardson Koudelka LLP
Attn: Kevin A. Koudelka, Esq.
4311 Oak Lawn Ave Ste 500
Dallas, TX 75219-2366


Rini Realty Company
Westpoint Corporate Center
924 Westpoint Pkwy # 150
Cleveland, OH 44145-1500


River City Glass Inc.
Attn: Robert McAndrews
820 State St
Cincinnati, OH 45204

Robbins Kelly Patterson &
Tucker LPA
Attn: Matthew C. Curran, Esq.
312 Elm St Ste 2200
Cincinnati, OH 45202-2748


Robertson CECO II Corp
dba Star Building Systems
10943 N Sam Houston Pkwy W
Houston, TX 77064-5758


Romano Construction
7018 W Cross Creek Trl
Brecksville, OH 44141-3140


Rosen Enterprises LLC
51021 State Route 26
Beallsville, OH 43716-9456


RPBD Contracting LLC
411 Solon Rd Apt 7a
Chagrin Falls, OH 44022-3383


RSI Refrigeration LLC
13045 Burns Rd
California, KY 41007-8985


Ruple Builders Inc
Po Box 173
Willoughby, OH 44096-0173


Russell Brands LLC
200 American Ave
Jefferson, IA 50129-2801

Rustica
1060 Spring Creek Pl
Springville, UT 84663-3037

Samuel Beiler
2913 Spooky Nook Rd
Manheim, PA 17545-9149

Sander Contracting Inc.
1234 Brittain Rd
Akron, OH 44310-3704

Savage Construction
Company
196 Peters Run Rd
Wheeling, WV 26003-7851

Schindler Elevator Corp
Po Box 93050
Chicago, IL 60673-3050

Schroeder Maundrell Barbiere
& Powers
Attn: Lawrence E. Barbiere, Esq.
5300 Socialville Foster Rd
Mason, OH 45040-9429

SE Blueprint
2035 Hamilton Ave
Cleveland, OH 44114-1114

SE Schultz Electric Inc
158 Oak Springs Rd
Waynesburg, PA 15370

Seebach Excavating LLC
33450 State Route 78
Lewisville, OH 43754-9451

Shingleton Contractors Inc
6005 Avalon Rd Nw
Malvern, OH 44644-9743

Shutler Cabinets Inc.
1299 Frontage Dr
Moundsville, WV 26041-4053

Sight & Sound
Communications Co
826 E Tallmadge Ave
Akron, OH 44310-3512

Silco Fire & Security
451 Kennedy Rd
Akron, OH 44305-4423

SJD Construction Co
2351 Pearl Rd Ste 101
Medina, OH 44256-5644

Smith Concrete
Division of SMI
2301 Progress St
Dover, OH 44622-9641

Snow Brothers Appliance Co
5528 Mayfield Rd
Cleveland, OH 44124-2914

Soelberg Industries
248 Mountain Way Dr
Orem, UT 84058-5227

Sofco Erectors Inc
10360 Wayne Ave
Cincinnati, OH 45215-1129

Sofco Erectors Inc
10333 Wayne Ave
Cincinnati, OH 45215-1197

Solon Community Living
6790 Ridgecliff Dr
Solon, OH 44139-3884

Solon Community Living
6790 Ridgecliff Dr
Solon, OH 44139

Sommers Mobile Leasing Inc
1800 Lorain Blvd
Elyria, OH 44035-2407

SP Plus Corporation
8037 Collection Center Dr
Chicago, IL 60693-0001

Sports Complex LP
2913 Spooky Nook Rd
Manheim, PA 17545-9149

Squire Patton Boggs LLP
Attn: Steven A. Friedman
127 Public Sq Ste 1000
Cleveland, OH 44114

Stack Heating & Cooling
37520 Colorado Ave
Avon, OH 44011-1534

Stair Systems LLC
55 Lou Groza Blvd
Berea, OH 44017-1237

Staples Business Credit
Po Box 105638
Atlanta, GA 30348-5638

Stark Glass Enterprises Inc
1250 Nova Dr Se
Massillon, OH 44646-8901

State Industrial Products
Corps.
5915 Landerbrook Dr
Cleveland, OH 44124-4039

Stegman & Schellhase Inc
51 15th St
Wheeling, WV 26003-3582

Steven C. Coon
1742 Monter Ave
Louisville, OH 44641-2506

STG Electric Services
7791 Capital Blvd Ste 4
Macedonia, OH 44056-2186

Stonehenge Rev I V LLC
c/o Nixon Peabody LLP
70 W Madison St Ste 5200
Chicago, IL 60602-4378

Strano Construction Company
LLC
824 E 222nd St
Euclid, OH 44123-3317

Strauss Fence Company
1836 Glenn Hwy
New Concord, OH 43762

Strauss Troy Co LPA
Attn: Brian J. O'Connell, Esq.
150 E 4th St Fl 4
Cincinnati, OH 45202-4186

Stull Excavating LLC
94480 Dining Fork Rd
Scio, OH 43988-9621

Sugarcreek Exterior Solutions
LLC
1106 Shutt Valley Rd Nw
Sugarcreek, OH 44681-7743

Sunbelt Rentals
18200 S Waterloo Rd
Cleveland, OH 44119-3225

Superior Aluminum Products
Inc
Po Box 430
Russia, OH 45363-0430

Swiss Valley Fence Ltd
2411 State Route 39
Sugarcreek, OH 44681-9633

T Fleshman Masonry LLC
448 Christopher Dr
Dayton, OH 45458-4976

Taft Stettinius & Hollister LLP
Attn: Lowell T. Woods, Esq.
40 N Main St Ste 1700
Dayton, OH 45423-1029

TCM Waterproofing LLC
4303 Evans Creek Rd Sw
Sugarcreek, OH 44681-8027

The Appliance Connection
263 Jefferson Ave
Moundsville, WV 26041-1437

The Fedelie Group
5005 Rockside Rd
Independence, OH 44131-2194

The Hartford
Po Box 669016
Dallas, TX 75266-9016

The Hollaender Manufacturing
Co
10285 Wayne Ave
Cincinnati, OH 45215-1126


The Illuminating Company
Po Box 3687
Akron, OH 44309-3687


The Liberty Textile Company
5600 S Marginal Rd
Cleveland, OH 44103-1038


The Lubrizol Corp
29400 Lakeland Blvd
Wickliffe, OH 44092-2201


The Midland Hardware
Company
1521 W 117th St
Lakewood, OH 44107-5103


Thomas Matt Lindsay
1362 W 58th St
Cleveland, OH 44102-2153


Thompson Hine LLP
Attn: Elizabeth B. Wright, Esq.
127 Public Sq Ste 3900
Cleveland, OH 44114


Thompson Hine LLP
Attn: Todd M. Seaman, Esq.
41 S High St Ste 1700
Columbus, OH 43215-6157

Thompson Hine LLP
Attn: Josh B. Kopf, Esq.
41 S High St Ste 1700
Columbus, OH 43215-6157


Thompson Hine LLP
Attn: Alexander R. Foxx, Esq.
312 Walnut St Ste 2000
Cincinnati, OH 45202-4084


Top Notch Cleaning LLC
887 National Rd
Bridgeport, OH 43912-1464


Top Notch Landscaping &
Supply LLC
Po Box 6251
Wheeling, WV 26003-0726


TopCraft Inc
172 2nd St Sw
Barberton, OH 44203


Traub Lieberman Straus &
Shrewsberry LLP
Attn: Brian C. Bassett, Esq.
71 S Wacker Dr Ste 2110
Chicago, IL 60606-4666


Triad Engineering Inc
10541 Teays Valley Rd
Scott Depot, WV 25560-7483


Truax Law Group Ltd
Attn: Phillip J. Truax, Esq.
36718 Detroit Rd
Avon, OH 44011-1514

Trust Builders
Po Box 312
Beaver, WV 25813-0312


Tuck & Seal LLC
5937 Quarry Lake Dr Se
East Canton, OH 44730-9492


Tucker Ellis, LLP
925 Euclid Ave
Cleveland, OH 44115-1408


Uline
Po Box 88741
Chicago, IL 60680-1741


Ulmer & Berne LLP
Attn: Jesse R. Lipcius
312 Walnut St Ste 1400
Cincinnati, OH 45202-4029


Ulmer & Berne LLP
Attn: Joshua C. Berns, Esq.
65 E State St Ste 1100
Columbus, OH 43215


Unified Insulation Systems
1920 S Main St
Akron, OH 44301


Union Local Board of
Education
66779 Belmont Morristown Rd
Belmont, OH 43718-9568

United Rentals
100 First Stamford Pl Ste 700
Stamford, CT 06902-9200

United Site Services
118 Flanders Rd
Westborough, MA 01581-1035

University School
20701 Brantley Rd
Shaker Hts, OH 44122-1929

Urban Retail Properties
1301 E 9th St 3333
Cleveland, OH 44114

Ursuline College
2550 Lander Rd
Cleveland, OH 44124-4318

US Attorney General
c/o US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

US Attorney's Office
Attn: Bankruptcy Unit
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

US Bank
Po Box 790430
Saint Louis, MO 63179-0430

VAS Masonry Inc
9960 High County Dr
Chardon, OH 44024

Village of Cadiz
Community Improvement Assn
128 Court St
Cadiz, OH 43907-1175

Virginia Attorney General
202 N 9th St
Richmond, VA 23219-3424

WAE Balancing Inc.
15 Tripplewood Dr
Mercer, PA 16137-5049

Walton Retirement Home
1245 East Main St.
Barnesville, OH 43713

Wayne Garage Door Sales &
Service Inc
2150 State Route 39 Nw
Dover, OH 44622-7419

WB Bercherer Inc
Po Box 3186
Youngstown, OH 44513-3186

WCCV Floor Coverings LLC
11909 Grafton Rd
Grafton, OH 44044-9347

Wells Fargo Financial Leasing
Po Box 77096
Minneapolis, MN 55480-7796

Wells Fargo Financial Leasing
Inc
800 Walnut St Mac F0005-055
Des Moines, IA 50309

West 25th St Lofts. LLC
1526 W 25th St
Cleveland, OH 44113-3104

West Virginia Attorney
General
State Capitol Complex, Blg 1
1900 Kanawha Blvd E E-26
Charleston, WV 25305-0009

West Virginia Dept of
Revenue
1001 Lee St E
Charleston, WV 25301

Westland Heating & Air
Conditioning
26200 1st St
Westlake, OH 44145

Williams Scotsman Inc
Po Box 91975
Chicago, IL 60693-1975

Wilscot
4646 E Van Buren St
Phoenix, AZ 85008-6915

Wolf Creek Contracting Co
LLC
403 Watertown Rd
Waterford, OH 45786-5248


Woodhill Supply Inc
4665 Beidler Rd
Willoughby, OH 44094-4645


Woodsfield Savings Bank
600 Lewisville Rd
Woodsfield, OH 43793-9285


Woodsfield True Value Home
Center
218 State Route 78
Woodsfield, OH 43793


Y & W Roofing Ltd
8685 Cement Bridge Rd Nw
Dundee, OH 44624-8904


Yahn Electric Company Inc
113 17th St
Wheeling, WV 26003-3603


Yocum & Neuroth LLC
Attn: Thomas R. Yocum, Esq.
1 Levee Way Ste 3109
Newport, KY 41071-1660


Yoho Construction
107 N Paul St
Woodsfield, OH 43793-1150

York International
631 S Richland Ave
York, PA 17403


Zane State College
1555 Newark Rd
Zanesville, OH 43701-2626


Zashin & Rich Co. LPA
Attn: Matthew Smallwood, Esq.
950 Main Ave Fl 4
Cleveland, OH 44113-7215


Zavarella Bros Construction
Po Box 46983
Bedford, OH 44146-0983

IN RE: **PCS & Build LLC**                                             CASE NO

                                                                       CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___03/25/2024___      Signature _____/s/ Pietro J. Perticarini, Jr._____

                                                      Pietro J. Perticarini, Jr., President & CEO