In re PCS & Build LLC--Exhibit to Schedule A/B, Line 11, Accounts Receivable

## AR Aging (Detailed with Retainage)

Company/Branch: ANDBUILD

Page: 1 of 9
Date: 3/19/2024 1:38 PM
User: Mary Jo Roberts

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description |
|---|---|---|
| EOM | 2/28/2022 | End of Month |

| Customer | Customer Name | | | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| C00000026 | Champion Mill Land, LLC | | | | | | | | | 3,041,344.54 |
| Project | Description | | | | | | | | | |
| 19-105 | Spooky Nook Ohio - Sports and Entertainment Complex | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000019 | 000008 | BLDOHSW | 1/31/2021 | 3/2/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,105.25 |
| Invoice | 000020 | 000009 | BLDOHSW | 2/28/2021 | 3/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,921.05 |
| Invoice | 000047 | 000032 | BLDOHSW | 3/31/2021 | 4/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,315.77 |
| Invoice | 000051 | 000037 | BLDOHSW | 4/30/2021 | 5/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,526.32 |
| Invoice | 000055 | 000047 | BLDOHSW | 5/31/2021 | 6/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95,718.44 |
| Invoice | 000062 | 000054 | BLDOHSW | 6/30/2021 | 7/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,513.14 |
| Invoice | 000071 | 000063 | BLDOHSW | 7/31/2021 | 8/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,042.11 |
| Invoice | 000167 | 000157 | BLDOHSW | 8/31/2021 | 9/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,797.37 |
| Invoice | 000175 | 000166 | BLDOHSW | 9/30/2021 | 10/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,236.84 |
| Invoice | 000209 | 000200 | BLDOHSW | 10/31/2021 | 11/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97,326.32 |
| Invoice | 000238 | 000227 | BLDOHSW | 11/30/2021 | 12/30/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 155,978.95 |
| Invoice | 000292 | 000274 | BLDOHSW | 12/31/2021 | 1/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,294.74 |
| Invoice | 000335 | 000307 | BLDOHSW | 1/31/2022 | 3/2/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,996.05 |
| Invoice | 000395 | 000362 | BLDOHSW | 2/28/2022 | 3/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,894.74 |
| Invoice | 000402 | 000367 | BLDOHSW | 3/31/2022 | 4/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64,450.00 |
| Invoice | 000456 | 000419 | BLDOHSW | 4/30/2022 | 5/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74,052.63 |
| Invoice | 000465 | 000428 | BLDOHSW | 5/31/2022 | 6/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,578.95 |
| Invoice | 000516 | 000484 | BLDOHSW | 6/30/2022 | 7/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,541.88 |
| Invoice | 000564 | 000530 | BLDOHSW | 6/30/2022 | 7/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,330.79 |
| Invoice | 000557 | 000522 | BLDOHSW | 7/31/2022 | 8/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67,955.26 |
| Invoice | 000636 | 000570 | BLDOHSW | 8/31/2022 | 9/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,078.95 |
| Invoice | 000690 | 000628 | BLDOHSW | 9/30/2022 | 10/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66,131.60 |
| Invoice | 000722 | 000660 | BLDOHSW | 10/31/2022 | 11/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 1,291,425.00 | 67,969.74 |
| Invoice | 000760 | 000698 | BLDOHSW | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 687,000.00 | 36,157.90 |
| Invoice | 000764 | 000702 | BLDOHSW | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 190,169.54 | 10,008.92 |
| Invoice | 000788 | 000735 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 872,750.00 | 45,934.21 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 3,041,344.54 | 1,829,857.92 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 3,041,344.54 | 1,829,857.92 |

**AR Aging (Detailed with Retainage)**

Company/Branch: ANDBUILD

Page: 2 of 9
Date: 3/19/2024 1:38 PM
User: Mary Jo Roberts

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description |
|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** |

| Customer | Customer Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C00000034** | **Harrison County Commissioners** | | | | | | | **Balance** | **0.00** |
| **Project** | **Description** | | | | | | | | |
| **21-079** | **Harrison County Home Addition** | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000724 | 000662 | BLDOHSE | 10/31/2022 | 11/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,691.55 |
| Invoice | 000737 | 000677 | BLDOHSE | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,273.16 |
| Invoice | 000833 | 000760 | BLDOHSE | 1/31/2023 | 3/2/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,562.74 |
| Invoice | 000914 | 000816 | BLDOHSE | 2/28/2023 | 3/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,895.04 |
| Invoice | 000925 | 000827 | BLDOHSE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,908.94 |
| Invoice | 000962 | | BLDOHSE | 4/30/2023 | 5/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,373.68 |
| Invoice | 001036 | | BLDOHSE | 5/31/2023 | 6/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,319.74 |
| Invoice | 001056 | | BLDOHSE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,412.74 |
| Invoice | 001114 | | BLDOHSE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,613.11 |
| Invoice | 001149 | | BLDOHSE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,545.64 |
| Invoice | 001190 | | BLDOHSE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,881.58 |
| Invoice | 001231 | | BLDOHSE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,953.68 |
| Invoice | 001275 | | BLDOHSE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,367.00 |
| Invoice | 001285 | | BLDOHSE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,794.59 |
| Invoice | 001312 | | BLDOHSE | 1/31/2024 | 3/1/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,679.85 |
| | | | **Project Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,273.04 |
| | | | **Customer Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,273.04 |

| Customer | Customer Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C00000036** | **Historic Mill Land 2, LLC** | | | | | | | **Balance** | **2,160,738.70** |
| **Project** | **Description** | | | | | | | | |
| **19-106** | **Spooky Nook Ohio - Hotel and Conference Center** | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000486 | 000450 | BLDOHSW | 5/31/2022 | 6/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 47,156.55 | 0.00 |
| Invoice | 000805 | 000748 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 149,368.05 | 0.00 |
| Invoice | 000838 | 000010 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 118,552.64 | 0.00 |

**AR Aging (Detailed with Retainage)**

Company/Branch: ANDBUILD

Page: 3 of 9
Date: 3/19/2024 1:38 PM
User: Mary Jo Roberts

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** | | | | | | | | |
| Invoice | 000839 | 000011 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 122,052.62 | 0.00 |
| Invoice | 000840 | 000040 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 153,789.48 | 0.00 |
| Invoice | 000841 | 000041 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 127,105.26 | 0.00 |
| Invoice | 000842 | 000051 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 120,586.85 | 0.00 |
| Invoice | 000843 | 000055 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 148,684.22 | 0.00 |
| Invoice | 000844 | 000064 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 90,723.68 | 0.00 |
| Invoice | 000845 | 000158 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 127,736.84 | 0.00 |
| Invoice | 000846 | 000169 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 89,657.89 | 0.00 |
| Invoice | 000847 | 000223 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 95,600.00 | 0.00 |
| Invoice | 000848 | 000225 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 111,471.05 | 0.00 |
| Invoice | 000849 | 000273 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 114,063.16 | 0.00 |
| Invoice | 000850 | 000306 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 147,842.11 | 0.00 |
| Invoice | 000851 | 000361 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 109,307.89 | 0.00 |
| Invoice | 000852 | 000389 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 114,181.58 | 0.00 |
| Invoice | 000853 | 000418 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 102,473.69 | 0.00 |
| Invoice | 000860 | 000748 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 7,861.48 | 0.00 |
| Invoice | 000861 | 000450 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 62,523.66 | 0.00 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 2,160,738.70 | 0.00 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 2,160,738.70 | 0.00 |

| Customer | Customer Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C00000158** | **Brian Clark** | | | | | | | **Balance** | **0.06** |
| Project | Description | | | | | | | | |
| 19-084 | Clark Residence | | | | | | | | |

| | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 001120 | | BLDOHNE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 1,916.05 |
| Invoice | 001316 | | BLDOHNE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.10 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 2,341.15 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 2,341.15 |

| Customer | Customer Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C00000190** | **Municipal Brew Works** | | | | | | | **Balance** | **38,441.00** |
| Project | Description | | | | | | | | |

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description |
|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** |

**22-010**     **Spooky Nook Ohio - Municipal Brew Works**

| | | | | | | | Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000854 | 000405 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 12,746.58 | 0.00 |
| Invoice | 000855 | 000435 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 7,438.43 | 0.00 |
| Invoice | 000856 | 000483 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 7,489.47 | 0.00 |
| Invoice | 000857 | 000514 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 6,442.11 | 0.00 |
| Invoice | 000858 | 000568 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 3,121.05 | 0.00 |
| Invoice | 000859 | 000613 | BLDOHSW | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 1,203.36 | 0.00 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 38,441.00 | 0.00 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 38,441.00 | 0.00 |

| Customer | Customer Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C00000192** | **City of Wheeling WV** | | | | | | | | | Balance | 100,112.03 |
| **Project** | **Description** | | | | | | | | | | |
| **22-065** | **Wheeling WV Fire Dept - New HQ** | | | | | | | | | | |

| | | | | | | | Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000552 | 000518 | BLDOHSE | 7/31/2022 | 8/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,314.44 |
| Invoice | 000643 | 000580 | BLDOHSE | 8/31/2022 | 9/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,096.12 |
| Invoice | 000672 | 000610 | BLDOHSE | 9/30/2022 | 10/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,427.79 |
| Invoice | 000695 | 000633 | BLDOHSE | 10/31/2022 | 11/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,541.57 |
| Invoice | 000735 | 000670 | BLDOHSE | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,569.23 |
| Invoice | 000736 | 000676 | BLDOHSE | 12/15/2022 | 1/14/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,900.00 |
| Invoice | 000784 | 000731 | BLDOHSE | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,446.14 |
| Invoice | 000830 | 000758 | BLDOHSE | 1/31/2023 | 3/2/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,014.67 |
| Invoice | 000910 | 000812 | BLDOHSE | 2/28/2023 | 3/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,970.24 |
| Invoice | 000923 | 000825 | BLDOHSE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,006.67 |
| Invoice | 000959 | 000862 | BLDOHSE | 4/30/2023 | 5/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83,612.78 |
| Invoice | 001034 | | BLDOHSE | 5/31/2023 | 6/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,942.00 |
| Invoice | 001086 | | BLDOHSE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97,664.78 |
| Invoice | 001115 | | BLDOHSE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,038.89 |
| Invoice | 001164 | | BLDOHSE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,939.26 |
| Invoice | 001185 | | BLDOHSE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,325.72 |

**AR Aging (Detailed with Retainage)**

Company/Branch: ANDBUILD

Page: 5 of 9
Date: 3/19/2024 1:38 PM
User: Mary Jo Roberts

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** | | | | | | | | |
| Invoice | 001269 | | BLDOHSE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,420.89 |
| Invoice | 001281 | | BLDOHSE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,924.10 |
| Invoice | 001282 | | BLDOHSE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,398.98 |
| Invoice | 001314 | | BLDOHSE | 1/31/2024 | 3/1/2024 | 0.00 | 100,112.03 | 0.00 | 0.00 | 0.00 | 11,123.90 |
| | | | | **Project Total:** | | 0.00 | 100,112.03 | 0.00 | 0.00 | 0.00 | 567,678.17 |
| | | | | **Customer Total:** | | 0.00 | 100,112.03 | 0.00 | 0.00 | 0.00 | 567,678.17 |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **C00000196** | **City of Moundsville** | | | | | | | | **Balance** | **564,590.15** |
| **Project** | **Description** | | | | | | | | | |
| **22-078** | **Moundsville Municipal Bldg** | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000694 | 000632 | BLDOHSE | 10/31/2022 | 11/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,166.11 |
| Invoice | 000757 | 000696 | BLDOHSE | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,962.25 |
| Invoice | 000832 | 000759 | BLDOHSE | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,653.11 |
| Invoice | 000911 | 000813 | BLDOHSE | 2/28/2023 | 3/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82,680.67 |
| Invoice | 000945 | 000848 | BLDOHSE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,823.92 |
| Invoice | 001008 | | BLDOHSE | 4/30/2023 | 5/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,055.56 |
| Invoice | 001039 | | BLDOHSE | 5/31/2023 | 6/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,956.33 |
| Invoice | 001057 | | BLDOHSE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,969.33 |
| Invoice | 001119 | | BLDOHSE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,133.89 |
| Invoice | 001163 | | BLDOHSE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,834.10 |
| Invoice | 001186 | | BLDOHSE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,905.56 |
| Invoice | 001268 | | BLDOHSE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,538.67 |
| Invoice | 001283 | | BLDOHSE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,524.22 |
| Invoice | 001284 | | BLDOHSE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76,903.18 |
| Invoice | 001313 | | BLDOHSE | 1/31/2024 | 3/1/2024 | 0.00 | 564,590.15 | 0.00 | 0.00 | 0.00 | 62,732.24 |
| | | | | **Project Total:** | | 0.00 | 564,590.15 | 0.00 | 0.00 | 0.00 | 714,839.14 |
| | | | | **Customer Total:** | | 0.00 | 564,590.15 | 0.00 | 0.00 | 0.00 | 714,839.14 |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **C00000204** | **OMNI Senior Living** | | | | | | | | **Balance** | **356,944.00** |
| **Project** | **Description** | | | | | | | | | |

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description |
|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** |
| **21-067** | | **Vitalia Senior Living – Highland Heights** |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000437 | 000402 | BLDOHNE | 4/30/2022 | 5/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,133.79 |
| Invoice | 000467 | 000430 | BLDOHNE | 5/31/2022 | 6/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128,933.06 |
| Invoice | 000503 | 000469 | BLDOHNE | 6/30/2022 | 7/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,797.69 |
| Invoice | 000559 | 000524 | BLDOHNE | 7/31/2022 | 8/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110,044.53 |
| Invoice | 000644 | 000581 | BLDOHNE | 8/31/2022 | 9/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,276.45 |
| Invoice | 000674 | 000612 | BLDOHNE | 9/30/2022 | 10/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,949.74 |
| Invoice | 000721 | 000659 | BLDOHNE | 10/31/2022 | 11/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149,316.04 |
| Invoice | 000739 | 000678 | BLDOHNE | 11/30/2022 | 12/30/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 155,479.06 |
| Invoice | 000787 | 000734 | BLDOHNE | 12/31/2022 | 1/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185,659.72 |
| Invoice | 000835 | 000762 | BLDOHNE | 1/31/2023 | 3/2/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,356.60 |
| Invoice | 000913 | 000814 | BLDOHNE | 2/28/2023 | 3/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,891.79 |
| Invoice | 000926 | 000828 | BLDOHNE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,669.42 |
| Invoice | 000976 | | BLDOHNE | 4/30/2023 | 5/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,079.35 |
| Invoice | 001040 | | BLDOHNE | 5/31/2023 | 6/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,344.53 |
| Invoice | 001090 | | BLDOHNE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,197.11 |
| Invoice | 001117 | | BLDOHNE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 356,944.00 | 31,178.81 |
| | | | | | **Project Total:** | 0.00 | 0.00 | 0.00 | 0.00 | 356,944.00 | 1,681,307.69 |
| | | | | | **Customer Total:** | 0.00 | 0.00 | 0.00 | 0.00 | 356,944.00 | 1,681,307.69 |

| Customer | Customer Name | | | | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C00000219** | **The Ridge Townhomes, LLC** | | | | | | | | | | **178,730.90** |
| Project | Description | | | | | | | | | | |
| **23-028** | **The Ridge Townhomes** | | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 001264 | | BLDOHNE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 64,165.90 | 7,129.55 |
| Invoice | 001265 | | BLDOHNE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 114,565.00 | 0.00 | 12,729.44 |
| | | | | | **Project Total:** | 0.00 | 0.00 | 0.00 | 114,565.00 | 64,165.90 | 19,858.99 |
| | | | | | **Customer Total:** | 0.00 | 0.00 | 0.00 | 114,565.00 | 64,165.90 | 19,858.99 |

# AR Aging (Detailed with Retainage)

Company/Branch: ANDBUILD

Page: 7 of 9
Date: 3/19/2024 1:38 PM
User: Mary Jo Roberts

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description |
|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **C00000233** | **Solon Community Living** | | | | | | | | Balance | 0.00 |
| **Project** | **Description** | | | | | | | | | |
| **23-084** | **Solon Community Living** | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 001187 | | BLDOHNE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,555.56 |
| Invoice | 001253 | | BLDOHNE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,958.44 |
| Invoice | 001266 | | BLDOHNE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,050.55 |
| Invoice | 001286 | | BLDOHNE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,369.43 |
| Invoice | 001311 | | BLDOHNE | 1/31/2024 | 3/1/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,428.31 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191,362.29 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191,362.29 |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **C00000234** | **Medina Creative Housing, Inc** | | | | | | | | Balance | 0.00 |
| **Project** | **Description** | | | | | | | | | |
| **23-085** | **Creative Living for Life** | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 001309 | | BLDOHNE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,237.35 |
| Invoice | 001317 | | BLDOHNE | 1/31/2024 | 3/1/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,304.55 |
| | | | | **Project Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,541.90 |
| | | | | **Customer Total:** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,541.90 |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **V00001838** | **City of Highland Heights** | | | | | | | | Balance | 0.00 |
| **Project** | **Description** | | | | | | | | | |
| **23-023** | **Highland Heights Police & Fire Dept** | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Nbr. | Customer Ref./ Orig. Ref. Nbr. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Unreleased Retainage |
| Invoice | 000922 | 000824 | BLDOHNE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,093.00 |

Aged On: 3/19/2024

| Statement Cycle | Last Statement Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** | | | | | | | | |
| Invoice | 001022 | | BLDOHNE | 5/31/2023 | 6/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,973.29 |
| Invoice | 001054 | | BLDOHNE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,459.49 |
| Invoice | 001095 | | BLDOHNE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,591.78 |
| Invoice | 001162 | | BLDOHNE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,528.89 |
| Invoice | 001191 | | BLDOHNE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,551.67 |
| Invoice | 001218 | | BLDOHNE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,750.57 |
| Invoice | 001263 | | BLDOHNE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,320.63 |
| | | | **Project Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 226,269.32 |
| | | | **Customer Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 226,269.32 |

| Customer | Customer Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **V00002133** | **Hose Master** | | | | | | | | **Balance** | **0.00** |
| **Project** | **Description** | | | | | | | | | |
| **22-076** | **Hose Master Facility Expansion** | | | | | | | | | |

| | | | | | | | Past Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Doc. Type** | **Ref. Nbr.** | **Customer Ref./ Orig. Ref. Nbr.** | **Branch** | **Doc. Date** | **Due Date** | **Current** | **1 - 30 Days** | **31 - 60 Days** | **61 - 90 Days** | **Over 90 Days** | **Unreleased Retainage** |
| Invoice | 000919 | 000821 | BLDOHNE | 3/31/2023 | 4/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,931.11 |
| Invoice | 000958 | 000861 | BLDOHNE | 4/30/2023 | 5/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 677.97 |
| Invoice | 001021 | | BLDOHNE | 6/1/2023 | 7/1/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,802.77 |
| Invoice | 001053 | | BLDOHNE | 6/30/2023 | 7/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,045.32 |
| Invoice | 001091 | | BLDOHNE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 101,610.00 |
| Invoice | 001092 | | BLDOHNE | 7/31/2023 | 8/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,239.44 |
| Invoice | 001150 | | BLDOHNE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,990.82 |
| Invoice | 001151 | | BLDOHNE | 8/31/2023 | 9/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,200.70 |
| Invoice | 001188 | | BLDOHNE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,589.43 |
| Invoice | 001189 | | BLDOHNE | 9/30/2023 | 10/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,527.78 |
| Invoice | 001219 | | BLDOHNE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 758.02 |
| Invoice | 001220 | | BLDOHNE | 10/31/2023 | 11/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,562.66 |
| Invoice | 001261 | | BLDOHNE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,749.67 |
| Invoice | 001262 | | BLDOHNE | 11/30/2023 | 12/30/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,197.33 |
| Invoice | 001280 | | BLDOHNE | 12/31/2023 | 1/30/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,470.03 |
| Invoice | 001315 | | BLDOHNE | 1/31/2024 | 3/1/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,399.96 |
| | | | **Project Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 403,753.01 |
| | | | **Customer Total:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 403,753.01 |

Aged On:   3/19/2024

| Statement Cycle | Last Statement Date | Description | | | | | |
|---|---|---|---|---|---|---|---|
| **EOM** | **2/28/2022** | **End of Month** | | | | | |
| | | **Statement Cycle Total:** | 0.00 | 664,702.18 | 0.00 | 114,565.00 | 5,661,634.20 | 5,832,082.62 |
| | | **Company Total:** | | | | | | 5,832,082.62 |