In re PCS & Build LLC--Exhibit to Schedule A/B, Line 41, Office Equipment

| Machine_Name | Machine_Type | Manufacturer | Model | Memory | Windows_Version | Serial_Number | Ship_Date |
|---|---|---|---|---|---|---|---|
| D01-OH-W10 | Desktop | Dell | OptiPlex 7050 | 8 GB | Windows 10 Pro | 3J11TM2 | 2/10/2018 |
| L02-OH-W11 | Laptop | Microsoft | Surface Laptop Studio | 32 GB | Windows 11 Pro | 0F00ATR220400C | 2/21/2022 |
| T24-OH-W10 | Tablet | Microsoft | Surface Pro 6 | 8 GB | Windows 10 Pro | 034261591553 | 4/5/2019 |
| T25-OH-W10 | Tablet | Microsoft | Surface Pro 6 | 8 GB | Windows 10 Pro | 034118491553 | 6/7/2019 |
| T28-OH-W10 | Tablet | Microsoft | Surface Pro 4 | 8 GB | Windows 10 Pro | 033860163253 | 1/26/2017 |
| T38-OH-W10 | Tablet | Microsoft | Surface Pro 6 | 8 GB | Windows 10 Pro | 011442293153 | 2/3/2020 |
| T40-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 079397701553 | 5/1/2020 |
| T41-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 069843501553 | 5/1/2020 |
| T46-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 035233501953 | 7/8/2020 |
| T47-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 025877601953 | 7/8/2020 |
| T48-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 005869701953 | 7/16/2020 |
| T52-OH-W10 | Tablet | Microsoft | Surface Pro 5 | 8 GB | Windows 10 Pro | 063987282953 | 2/25/2019 |
| T53-OH-W10 | Tablet | Micosoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 005814301953 | 7/16/2020 |
| T54-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 010374602353 | 10/22/2020 |
| T57-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 006686201953 | 7/16/2020 |
| T59-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 006748302453 | 1/27/2021 |
| T61-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 8 GB | Windows 10 Pro | 006047402453 | 1/27/2021 |
| T62-OH-W10 | Tablet | Microsoft | Surface Pro X | 8 GB | Windows 10 Pro | 040926704453 | 2/11/2021 |
| T69-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 8 GB | Windows 10 Pro | 008162413153 | 8/25/2021 |
| T70-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 8 GB | Windows 10 Pro | 007843613153 | 8/25/2021 |
| T71-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 10 Pro | 007043712553 | 9/1/2021 |
| T72-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 10 Pro | 007054512553 | 9/1/2021 |
| T75-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 10 Pro | 013863712553 | 10/8/2021 |
| T76-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 8 GB | Windows 10 Pro | 047718104453 | 8/25/2021 |
| T77-OH-W10 | Tablet | Microsoft | Surface Pro 4 | 8 GB | Windows 10 Pro | 001677761653 | 8/5/2016 |
| T79-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 16 GB | Windows 10 Pro | 017323514253 | 12/14/2021 |
| T82-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 16 GB | Windows 10 Pro | 017181314253 | 12/14/2021 |
| T83-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 16 GB | Windows 10 Pro | 028978115153 | 1/21/2022 |
| T84-OH-W10 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 10 Pro | 013950312553 | 10/8/2021 |
| T86-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 16 GB | Windows 10 Pro | 022741515253 | 1/21/2022 |
| T87-OH-W10 | Tablet | Microsoft | Surface Pro 7+ | 16 GB | Windows 10 Pro | 022675615253 | 1/21/2022 |
| T89-OH-W11 | Tablet | Microsoft | Surface Pro 6 | 8 GB | Windows 11 Pro | 071347693953 | 2/28/2020 |
| T90-OH-W11 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 11 Pro | 007377412553 | 9/1/2021 |
| T94-OH-W11 | Tablet | Microsoft | Surface Pro 7 | 16 GB | Windows 11 Pro | 013708212553 | 10/8/2021 |
| T98-OH-W11 | Tablet | Microsoft | Surface Pro 8 | 16 GB | Windows 11 Pro | 0F01AN9221701J | 8/4/2022 |
| T99-OH-W11 | Tablet | Microsoft | Surface Pro 9 | 16 GB | Windows 11 Pro | 0F01XJ823013BF | 2/22/2023 |