Exhibit to Schedule A/B, Question 75:  Other Claims

**Champion Mill  (Mill 1 Sports Complex - Spooky Nook)**

| | |
|---|---|
| General Liability | CNA 6076501738, 2/20/21 - 22 |
| | Claim # W2Y02020 |
| | Adjuster: Mallory DeBusk |
| Professional Liability | Berkley PCADB-5013850-0221, 2/20/21 - 22 |
| | Claim # 19824 |
| | Adjuster:  Derek Steffen |
| D&O | Travelers #106875549, 2/20/23 -24 |
| | Claim #  T2312505 |
| | Adjuster:  Michael Kozimor |
| Builder's Risk | N/A |

**Moundsville Municipal Building, WV**

| | |
|---|---|
| General Liability | CNA 6076501738, 2/20/23-24 |
| | Claim # E2H20510 |
| | Adjuster: Shari Bradix |
| | |
| Professional Liability | Berkley PCADB-5021436-0223, 2/20/23-24 |
| | Claim # 34140 |
| | Adjuster: Derek Steffen |
| | |
| D&O | N/A |
| | |
| Builder's Risk | CNA C6076189310, 2/20/23-24 |
| | Claim # E2H20450 |
| | Adjuster: Robert Gagliani |

**Municipal Brew Works**

| | |
|---|---|
| General Liability | CNA 6076501738, 2/20/23-25 |
| | Claim # E2H50083 |
| | Adjuster: Leroy Mosley |
| | |
| Professional Liability | Berkley PCADB-5021436-0223, 2/20/23-25 |
| | Claim # 35642 |
| | Adjuster: Derek Steffen |
| | |
| D&O | N/A |
| | |
| Builder's Risk | N/A |

**Kevin Lawlor**

| | |
|---|---|
| General Liability | N/A |
| Professional Liability | N/A |
| D&O | Travelers policy # 002-LB-106875549<br>Claim # 002-DOP-T2404728<br>Adjuster: Michael Kozimor |
| Builder's Risk | N/A |