IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-11126 |
| | ) | |
| PCS & BUILD, LLC, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE SUZANA KRSTEVSKI KOCH |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2024, a true and correct copy of the within Motion for Permission to Appear *Pro Hac Vice* of Amy E. Bentz, Esquire was served on all parties and parties-in-interest as listed below via the Court's Electronic Case Filing System.

Anthony J. DeGirolamo, Esq. on behalf of PCS & Build, LLC at tony@ajdlaw7-11.com

Virgil E. Brown Jr., Esq. on behalf of the Chapter 7 Trustee's office at virgil@vebtrustee.com

Laura L. Mills and Pierce Walker, and Edwin H. Breyfogle, Attorneys for Creditors, Jennifer Coon, Steven C. Coon, and Hourglass Holdings, LLC at lmills@mmfllaw.com; pwalker@mmfllaw.com; and : edwinbreyfogle@gmail.com

Robert D. Barr, Attorney for Interested Party, Pietro J. Perticarini, Jr., at rbarr@koehler.law

Jarrod Stone, Attorney for Creditor, Nationwide Mutual Insurance Company at jstone@manierherod.com

Jesse R. Lipcius and Joshua C. Berns, Attorneys for Creditor, Lithko Contracting, LLC at jlipcius@ubglaw.com and jberns@ubglaw.com

BENTZ LAW FIRM, P.C.

By:   /s/ Amy E. Bentz
       Amy E. Bentz, Esquire
       The Washington Center Building
       680 Washington Road, Suite 200
       Pittsburgh, PA 15228
       Telephone: (412) 563-4500
       Facsimile: (412) 563-4480
       Email: aebentz@bentzlaw.com