# NOTICE OF EMERGENCY MOTION AND HEARING

The Trustee has filed papers with the Court to obtain the Court's authorization on an emergency basis to pay certain expenses of the Estate.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Emergency Motion, or if you want the Court to consider your views on the Emergency Motion, then before **June 20, 2024,** you or your attorney must:

File with the Court a written response using the Court's ECF System or at:

> United States Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, Ohio 44114

OR, you or your attorney must appear at the hearing on the Emergency Motion scheduled for **June 20, 2024** at 10:30 a.m..

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

> John F. Kostelnik
> Frantz Ward LLP
> 200 Public Square, Suite 3000
> Cleveland, Ohio 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Emergency Motion and may enter an order granting that relief without a hearing.

Date: June 18, 2024          Signature: */s/ John F. Kostelnik*

                                                                           Name:  John F. Kostelnik, Esq.

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served via the Court's ECF System on this the 18th day of June, 2024, to the following:

**Amy E Bentz** on behalf of Creditor Atlantic Specialty Insurance Company
aebentz@bentzlaw.com

**Anthony J. DeGirolamo** on behalf of Debtor PCS & Build LLC
tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com

**Barry F. Fagel** on behalf of Creditor OK Interiors Inc.

jtoon@lindhorstlaw.com
**Daniel A. DeMarco, Royce R. Remington, Esq., and Jeffrey A. Brauer, Esq.** on behalf of Creditors and Parties of Interest Champion Mill Land, LLC, Historic Mill Land 2, LLC
dademarco@hahnlaw.com, cmbeitel@hahnlaw.com, rrr@hahnlaw.com, jabrauer@hahnlaw.com

**Dov Y. Frankel and Timothy Miller** on behalf of Creditor Atkins & Stang Inc.
dfrankel@taftlaw.com, docket@taftlaw.com, welcht@taftlaw.com, horvath@taftlaw.com, miller@taftlaw.com

**Edward J. Boll, III** on behalf of Creditor Miter Masonry Contractors, Inc.
NDOHBK@dinsmore.com, edward.boll@dinsmore.com

**Edwin H. Breyfogle**, **Laura L. Mills and Pierce Walker** on behalf of Creditors Hourglass Holdings, LLC, Jennifer Coon, and Steven C. Coon
edwinbreyfogle@gmail.com, breyfogleer84552@notify.bestcase.com, lmills@mmfllaw.com, lkaras@mmfllaw.com, pwalker@mmfllaw.com

**Gerald E. Lofstead, III and W. Eric Gadd** on behalf of Creditor City of Moundsville
glofstead@spilmanlaw.com, egadd@spilmanlaw.com;cwojcik@spilmanlaw.com

**Jeremy M. Campana and John B. Kopf** on behalf of Creditor Bronco Excavating, Inc. and Russell Brands, LLC

Jeremy.Campana@thompsonhine.com, John.Kopf@thompsonhine.com

**Jerry M. Bryan and Richard J. Thomas** on behalf of Creditor Farmers National Bank of Canfield
jbryan@hendersoncovington.com, rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

**Jesse Lipcius, Joshua Charles Berns, and Kyle Daniel Greene** on behalf of Creditor Lithko Contracting, LLC
jlipcius@ubglaw.com, jberns@ubglaw.com, kgreene@ubglaw.com

**Joanne Brown and Virgil E. Brown, Jr**. on behalf of Trustee Virgil E. Brown, Jr.
courtfile@yahoo.com, virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com

**Lawrence E Barbiere** on behalf of Creditor Sofco Erectors, Inc.
lbarbiere@smbplaw.com

**Philomena S. Ashdown** on behalf of Creditor Feldkamp Enterprises, Inc.
psashdown@strausstroy.com

**Robert D. Barr** on behalf of Interested Party Pietro J Perticarini, Jr.
rbarr@koehler.law, syackly@koehler.law

**Jarrod Stone, Melissa J. Lee, and Taylor S. Ward** on behalf of Nationwide Mutual Insurance Company
jstone@manierherod.com, mlee@manierherod.com, tward@manierherod.com

**Richard K. Stovall** on behalf of PCS & Estimate, LLC
stovall@asnalaw.com

**Nathanial Sinn** on behalf of Solon Community Living, Inc.

nrsinn@bmdllc.com